A. C. SHERRILL, Plaintiff,

and

Robert H. Costner et al., Plaintiff-Intervenors,

v.

J. P. STEVENS AND COMPANY, INC., Defendant.

Civ. A. No. C–C–73–12.

United States District Court, W. D. North Carolina, Charlotte Division.

Nov. 11, 1975.

J. LeVonne Chambers, Charlotte, N. C. (Chambers, Stein, Ferguson & Becton, Charlotte, N. C.), for plaintiff and plaintiff-intervenors.

Brown Hill Boswell, Charlotte, N. C. (Blakeney, Alexander & Machen, Char-

lotte, N. C.), for defendant J. P. Stevens and Co., Inc.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

McMILLAN, District Judge.

This proceeding was filed on January 29, 1973, by plaintiff A. C. Sherrill, who alleged that J. P. Stevens and Company, Inc., at its Stanley, North Carolina facility, (hereinafter referred to as "the Company"), as followed and is presently following patterns and practices of discrimination against black employees because of race in initial hiring, job assignments, promotions, wages and other terms and conditions of employment. The plaintiff further alleged that the Company had limited him in job assignments, had denied him promotion in supervisory positions because of his race and had harassed, intimidated and forced him to leave his employment because of his efforts to challenge the Company's racially discriminatory practices. Jurisdiction of the Court was invoked pursuant to 28 U.S.C. § 1343, Title VII of the Civil Rights Act of 1964 as amended 42 U.S.C. §§ 2000e et seq. and 42 U.S.C. § 1981.

Robert H. Costner, Robert Lee Brooks and Paul McLean, employees and former black employees, were allowed to intervene as plaintiffs on October 1, 1973. Costner, Brooks and McLean alleged that they had similarly been affected by the Company's racially discriminatory practices.

The plaintiff prayed leave to maintain the action as a class action pursuant to Rule 23(a), (b)(2) of the Federal Rules of Civil Procedure. The Court has certified the action as a class action, consisting of all black applicants for employment, black employees and former black employees who, since July 2, 1965, have been and who continue to be affected by the Company's racially discriminatory employment practices. The class was further subdivided into (a) black employees hired before July 2, 1965, who continued in employment subsequent to July 2, 1965; (b) black employees hired subsequent to July 2, 1965, who have continued to be assigned to job positions in the warehouse or shipping department; (c) black employees, initially assigned to the warehouse, who have been permitted to transfer to production jobs but were required to start a new seniority date; and (d) black employees who were initially assigned to production jobs at any time subsequent to July 2, 1965, who have been or may be affected by defendant's racially discriminatory employment practices.

The Company has denied the material allegations of the complaint. The Court conducted hearings in this matter, without a jury, on August 28–30, 1974. The Court left the record open for receipt of such additional information as the parties desired to present. By Order of December 19, 1974, the parties were directed to complete discovery and to file all briefs and additional evidence which they thought appropriate by February 18, 1975. The Court has now received the oral testimony, depositions and exhibits of the parties as well as briefs in support of their various positions. On the basis of the foregoing, the Court makes the following findings of fact and conclusions of law.

## FINDINGS OF FACT

I. *Organization of the Company.*

1. The Company manufactures synthetic yarn at its Stanley facilities. The operation is divided into three plants, a shop or maintenance department, office and clerical personnel, and warehouse facilities or shipping and receiving.

2. Plants 1 (sometimes referred to as Spin 1) and 2 (or Spin 2) manufacture synthetic yarn and limited natural yarn. The third plant (Turbo) manufactures orlon yarn exclusively. Each plant is divided into four departments: carding, drawing and roving, winding and spinning. The production job positions with the highest potential pay are winding and spinning doffers and roving tenders.

3. As of the date of the trial, the Company had approximately 500 employ-

ees in production, maintenance and shipping, approximately 35 or 40 of whom were black. The Company has approximately 65 supervisors in production, including the plant manager, the plant supervisor, overseers, foremen and sectionmen. All of the supervisors, except the assistant supervisor, John Jeffers, in the warehouse, are white. Jeffers was made an assistant supervisor in the warehouse in 1967.

4. The Stanley facilities are part of the southern-based operations of the Company which has its principal offices in New York. Regional offices are also maintained in Greensboro, North Carolina and Greenville, South Carolina to service the Stanley plants.

II. *Historical hiring and promotional practices of the Company.*

5. Prior to the effective date of the Civil Rights Act of 1964, July 2, 1965, basically all black employees at the Stanley facilities were hired into the warehouse as either laborers, lift truck operators, or switchers. All white employees were hired into the plant, the shop, the office or clerical positions. As of July 2, 1965, two black employees, Thomas McCorkle and Miles Lucky, had been transferred from the warehouse into the plant in the carding room; one or two black employees had been assigned to janitorial positions in the plant. All other black employees where in the warehouse.

6. After July 2, 1965, the Company hired the first black females. Maggie Brown and Daisy Floyd, both hired on December 13, 1965, were assigned positions in the winding department in Plant 1. Subsequently, 6 or 7 other black males were transferred from the warehouse into production jobs. The majority of the black employees in any department or plant, as of the date of trial, were still assigned as laborers in the warehouse.

7. Employees are assigned seniority or length of service dates from the date of entry into particular departments. The Company also utilizes company or total seniority for insurance purposes and certain other fringe benefits. Departmental seniority or departmental length of service is used for purposes of promotions (see paragraphs 11–13 infra), layoffs and bidding on shifts. Thus, an employee with the greatest length of departmental service will have preference over other employees for promotions within the departments and for bidding on shift preference.

8. Employees who transfer between departments are not permitted to carry over their seniority from one department to another. Separate seniority rosters are accordingly maintained for Plants 1, 2 and Turbo; warehouse or shipping and receiving; and shop or maintenance.

9. Seniority is not a factor among the salaried and supervisory personnel, except as it may be considered by the Company in promotions.

10. The black employees who were allowed to transfer from the warehouse to production or other positions in the plant or shop were required to start new seniority dates in their new departments and lost, for promotion and shift bidding purposes, all seniority accrued prior to the date of transfer.

11. Lines of progression are not maintained for production jobs. Employees have been allowed to move from one job position to another and new employees are hired into the various jobs with no prior training or experience. For promotions to supervisory positions, however, the Company does consider the prior work experience of employees. The Company maintains that employees are promoted to supervisory positions or are assigned to various supervisory jobs based on qualifications and seniority. Employees are first considered for promotion to higher paying positions based on seniority. If the most senior employee does not desire the position or if he is determined by the Company to be unqualified, the position is assigned to the next most senior employee who is determined by the Company to be qualified. If no qualified employee desires the position, the Company hires new employees.

12. Prior to 1970, the Company posted job vacancies but has now discontinued the practice.

13. In determining qualifications, the Company looks at the work experience of employees in the particular department. No tests or other objective factors are used. The Company relies instead on the opinions and discretion of supervisory personnel and production records. Generally in promotions to supervisory positions the Company considers employees who have worked on various machines, such as spinning doffers, card and roving tenders, oil and tape men, over-haulers, fixers, shop and maintenance men. There are no objective factors in job experience for determining who is more qualified. This is simply left to the opinion of management. Women are not considered for promotion to supervisory positions because the Company feels that the various lifting requirements of the job would be too much for women. No objective evaluations have been made of the positions, however, to determine that all women or substantially all women should be excluded. At least, the Company has not submitted any evidence of such studies or evaluations.

14. Management at Stanley has also selected some employees for training for supervisory positions. This procedure is in addition to the trainee program administered by the Greensboro regional office for prospective supervisory personnel. In selecting supervisory people, the Company also considers training courses or schools which employees might attend. For this purpose, the Company offers a supplement or refund to employees who attend certain schools or who take certain designated courses.

15. With the exception of the black assistant supervisor promoted in 1967, the Company has never hired or promoted a black to a supervisory position, nor has a black been selected to participate in the supervisory trainee program administered by the Greensboro regional office, or the selective program provided for some employees by management at Stanley. Two blacks, William and Miles Lucky, were offered supervisory positions in 1971, after plaintiff Sherrill had complained about the Company's racially discriminatory practices and had filed a charge with the Equal Employment Opportunity Commission (EEOC) because he had been denied a supervisory job. Troy Gardner and Thomas McCorkle, both black, were also offered supervisory positions in 1973 after this proceeding was filed. Subsequent offers were also made to William and Miles Lucky. Both rejected the offers because they did not desire a cut in salary and because they did not feel educationally qualified. Gardner rejected the offer for the same reasons. McCorkle had been denied the position while working with the Company. He was offered the position after assuming employment with another company.

16. No black employee has ever been hired or promoted to an office or salaried position.

17. The first black was transferred to a maintenance position in 1974, after this action was filed.

18. With black employees still concentrated primarily in the warehouse, the Company continues its practices of departmental seniority. Black employees who desire a better job position must relinquish all accrued departmental seniority and start a new seniority date in the production departments or in the shop or maintenance departments.

19. The Company provides no security, for example, "red circling", in salary for employees who transfer to positions which pay less than what the employee earned in the old department.

20. Transferring employees are required to begin, because of the lack of seniority in the new department, on the least desirable shift.

21. Because the Company no longer posts vacancies, employees are unable to learn of new or open positions except

through friends. This poses an extremely difficult problem for black employees who generally are assigned to nonproduction jobs and do not learn of the vacancies until the positions are filled.

22. As of February 25, 1974, the work force by race, plant and department date, was as shown on Plaintiffs' Exhibit 14 which is attached hereto and incorporated herein.

III. *The Plaintiffs.*

23. A. Plaintiff Sherrill was initially hired by the Company in 1967 as a spinning doffer. He worked for approximately six (6) months, left the Company and returned in 1968. He was again assigned to the position of spinning doffer. Beginning in 1969, he sought advancement, initially to a supervisory sectionman's position, and later as an oil and tape man, in order that he might get more experience for promotion to a section position. He again sought a section position in 1971. White employees were assigned to the section and oil and tape man positions he sought. By letter dated July 19, 1971, Sherrill wrote the Company and complained that he was being passed over for the section position because of his race. This was the first complaint by a black employee of race discrimination by the Company. Several conferences were held with Sherrill by management. Additionally, Sherrill was intimidated and threatened by white employees. He eventually left his employment with the Company because of these incidents. He filed charges with EEOC on July 22, 1971, September 23, 1971, and January 25, 1972, alleging race discrimination and reprisals. By letter dated November 27, 1972, he was authorized to institute a proceeding in the United States District Court. This proceeding followed on January 29, 1973.

B. Plaintiff Costner was initially hired by the Company in 1949, and assigned to the warehouse as a laborer. He progressed in the warehouse to a lift truck operator and subsequently to a switcher. He transferred to a production job in 1967. He thereby lost the seniority he had accumulated in the warehouse and had to start a new seniority date. He was assigned to a third shift because of the lack of seniority in production and went back to the warehouse because he did not like the shift. His motion to intervene in this proceeding was allowed on October 1, 1973. Costner's employment was terminated July 29, 1974. The circumstances leading to his discharge are described in paragraphs 43-50, *infra.*

C. Plaintiff Brooks was initially hired by the Company in 1967. He was assigned a production job in carding. He sought several positions for advancement in production but was denied the positions. He transferred to the warehouse and left the Company in 1973 because of his inability to advance. He was allowed to intervene on October 1, 1974.

D. Plaintiff McLean was hired by the Company in 1969. He was assigned as a laborer in the warehouse and continued working with the Company until 1973. He was allowed to intervene on October 1, 1974.

IV. *The Class.*

24. A. Prior to July 2, 1965, black employees were hired only in the warehouse or shipping and receiving department. Except for McCorkle, who transferred to a production job in 1963, and one or two black employees in janitorial positions, all black employees were in the warehouse on the effective date of Title VII. Loss of seniority in transferring deterred black employees from seeking better paying positions in production. They were not selected for supervisory or trainee positions or positions in the office or as clerical or shop or maintenance employees. As indicated below, paragraphs 39-42, *infra*, black earnings in the warehouse were substantially lower than those of comparably situated white employees with comparable seniority dates. Black employees thus limited in employment opportunities and who continued employment in the warehouse

as of the date of the beginning of this action are:

| NAME | DATE OF HIRE |
|------|--------------|
| Robert Costner | 1947; laid off and rehired 10/51; transferred to plant 1967; returned to warehouse 1967; terminated 7–29–73. |
| Paul McLean | 6–25–66; terminated 1973. |
| Virgil McClain | 4–21–56. |
| Theodus Lamar Paysour | 10–5–59. |

B. The Company continued to assign black employees to warehouse positions after July 2, 1965. These employees are also subject to the same restrictions in transferring to better jobs in production. These employees are as follows:

| NAME | DATE OF HIRE |
|------|--------------|
| Charles L. Brown | 1–28–74 |
| Marshal Leon Brown | 11– 8–73 |
| Henry D. Byers | 8–23–73 |
| Charles Gardner | 2– 4–70 |
| William Andy Lawrence | 2–12–70 |
| Dillard McDowell | 1– 6–69 |
| John Arthur McDowell | 1– 9–74 |
| Ray McDowell | 1–10–68; terminated 7–29–74 |
| Albert McDowell | 1968; terminated 7–29–74 |

C. Black employees who were allowed to transfer to production jobs started new seniority dates for purposes of promotion and shift preferences. These employees, their dates of hire and current department date are:

| NAME | DATE OF HIRE | CURRENT DEPT. DATE |
|------|--------------|--------------------|
| George Lawrence | 1– 1–47 | 9–18–72 |
| Marshall L. McLean | 3– 9–70 | 3– 8–73 |
| Norman H. Gray | 1–17–66 | 2–13–73 |
| Robert Lee Hill | 8–15–67 | 12–17–70 |
| Kenneth Lucky | 12–19–55 | 4– 9–73 |
| Miles Lucky | 4– 1–64 | 3–28–65 |
| Nat Sykes | 1– 1–49 | 12–11–72 |
| Troy Gardner | 8–15–66 | 5–29–71 |
| John Henry Hill, Jr. | 1– 1–68 | 11–20–73 |
| J. B. Wingate | 11–24–60 | 9– 1–66 |
| William N. Lucky | 11–18–57 | 1– 8–68 |

D. The first black women were hired by the Company in 1965. They, as well as other black employees who have been hired or permitted to transfer into production jobs, have been denied considera-tion for supervisory positions because of the Company's belief that the work is too difficult. The Company has taken no steps to determine the validity of its practices in excluding women who can perform the duties of supervisors. The black women thus affected and also affected by the earlier practices of the Company in excluding them from employment are:

| NAME | DATE OF HIRE | CURRENT DEPT. DATE |
|------|--------------|--------------------|
| Maggie Brown | 12–13–65 | 12–13–65 |
| Daisy Floyd | 12–13–65 | 3–20–72 |
| Sheila Lynch | 10–22–73 | 10–22–73 |
| Barbara McLean | 7– 6–70 | 7– 6–70 |
| Paulette Brown | 7–16–69 | 7–16–69 |
| Sibyl B. Burch | 3–23–73 | 3–23–73 |
| Mary Jane Lewis | 4–10–72 | 4–10–72 |
| G. F. Logan | 5– 8–72 | 6– 1–72 |
| Barbara McCorkle | 8– 4–67 | 8–12–68 |
| Dorothy M. McDowell | 8–30–72 | 8–30–72 |
| Jennie Friday | 11–12–73 | 11–12–73 |

E. The above listing of class members does not include all former black employees, employees employed between July 2, 1965, and the date of this hearing, or employees hired before July 2, 1965, whose employment was terminated before the date of trial of this action. Employees who might fall into one or more of the sub-classes described above, were similarly affected by the practices of the Company as described herein.

V. *The Claims of the Named Plaintiffs.*

25. Plaintiff Sherrill initially sought promotion to a supervisory position in 1969. He made inquiry of his superiors as to the procedure he should follow and the qualifications required for promotion. He initially sought a section job and later an oil and tape position in 1969 in order to gain more exposure to the various machines for promotion. White employees, in several instances with less seniority, were promoted over him.

26. The Company has no objective standards for determining qualifications for promotion to supervisory positions. Some junior employees were promoted over their seniors on the subjective opinion of superiors, irrespective of the limit-

ed experience that the junior employees might have had on particular machines. The subjective standards for determining qualifications provided a ready means for discrimination against plaintiff Sherrill and other black employees and excluded them from supervisory positions.

27. Plaintiff Sherrill was not considered for promotion to a supervisory position in 1969, 1970 and 1971. In fact, the supervisory position that was discussed in July, 1971, was filled without any evaluation of plaintiff by management. After the plaintiff's letter of July 19, 1971, the Company attempted post-evaluation of the plaintiff's qualifications as compared with the qualifications of Forrest Rogers who was assigned the position. The plaintiff was not considered for the section positions filled by Jay Rushing on July 19, 1971, or Terry Summey on July 23, 1971.

28. The evidence establishes that the plaintiff was qualified and had the potential which warranted his consideration for a supervisory position. The plaintiff, however, was never offered a supervisory position, nor offered or advised of the training program which would allow him to move into a supervisory position on future vacancies.

29. After the plaintiff complained by letter in July, 1971, he was called into a meeting with management. At this meeting, he was advised that he did not need any special schooling to promote to a supervisory position, although he had been previously advised to the contrary. The plaintiff stated at the meeting that he had been seeking a supervisory position or positions which would allow him to gain experience for promotion to a supervisory job since 1969. Following this meeting, the plaintiff was called into another meeting by his sectionman and foreman and former supervisors and criticized because he had stated that he had requested promotions in 1969. This meeting ended in a heated discussion.

30. The plaintiff was criticized by his fellow employees and in one or two instances threatened with bodily harm. In August, 1971, a white employee, whose employment was subsequently terminated by the Company, placed some trash in the plaintiff's car in order to intimidate and harass the plaintiff. He was dismissed when he refused to remove the trash.

31. In November, 1971, the plaintiff requested leave in order to take a tractor-trailer driving course for subsequent employment as an over-the-road driver for the Company. He also advised his supervisors that he wanted to take a vacation because of the pressure he was enduring following his efforts to advance to a section position. The plaintiff requested a six (6) month leave. He was denied leave although the Company had granted extended leave to white employees on previous occasions.

32. The plaintiff was called into another session with management on December 10, 1971, and questioned extensively about the harassment he had suffered. He was the only black present during this conference with the Plant Manager, the Plant Superintendent and several other supervisory personnel. He was told that management did not believe he was harassed. He became frightened and left the conference and his employment. The evidence is disputed as to the tone of the conference, and whether the plaintiff was threatened or actually forced to leave. However, no other employee had been subjected to such practices; fellow white employees had previously threatened and intimidated the plaintiff; and management took no steps by notice or otherwise to insure that the plaintiff would be free of harassment until the events mentioned in Paragraph 30, above. The plaintiff felt threatened and forced to leave and management never offered him a training position which would allow him to promote to a supervisory position with the next vacancy. *See Commonwealth v. Local 542, International Union of Operating Engineers*, 347 F.Supp. 268 (E.D. Pa.1972).

33. Sherrill was the first black employee other than Jeffers to run the

gauntlet of seeking a supervisory position. The Company had never promoted a black to the position. The Company admits that the plaintiff was qualified to fill a section position. He had a good work record. He had not previously been considered and yet no steps were taken to insure that he would be fairly and objectively considered for the next vacancy. The plaintiff was criticized by his superiors and intimidated by fellow white employees. Even with its post-evaluation efforts, the Company has not offered any objective criteria which would establish that the plaintiff was less qualified than white employees promoted to section positions in 1969, 1970, or 1971.

34. The plaintiff has expressed a desire to return to his employment with the Company and his continuing desire for a supervisory position. The Company has not offered such opportunities to the plaintiff even with the vacancies in 1972, 1973 and 1974.

35. Plaintiff Costner was assigned, as other black employees, to the warehouse when initially hired. He was denied a production position until 1967 when he transferred into the Card Room. He was not allowed to transfer his seniority in order to bid on a first shift and was assigned to the third shift although he had more than eighteen (18) years service with the Company. Junior white employees were allowed to bid over him for the preferable first shift. Because he could not obtain a first shift position he transferred back to the warehouse and had to start a new seniority date in 1967.

36. Plaintiff Brooks was initially hired in a production job but was denied promotion to better paying positions. Junior white employees were promoted over him or initially assigned to better positions. He left the Company in 1973 but would like to return if permitted assignment to the higher paying production jobs.

37. Paul McLean was initially assigned to the warehouse. He was subjected to the same restrictions as described above in transferring to better job positions in production. He left the Company in 1973 but would like to return if afforded employment opportunities in the better paying production jobs.

## VI. *Economic Losses Sustained by the Plaintiffs and Class Members.*

38. Blacks constitute approximately 15% of the available job market at the Stanley facilities. Blacks constitute approximately nine or ten percent of the company employees.

39. During 1972 the average white annual income for employees below the supervisory levels was $5,712.00. The average black income was $5,021.00, or a difference of $691.00. During 1973 the average white income below the supervisory level was $7,092.00. The average black income was $5,448.48, or a difference of $1,644.00.

40. The average hourly rates of black and white employees by length of service for 1972 and 1973 are as follows:

For 1972 employees the figures were as follows:

(a) Average hourly rate for all white employees—$2.55;

Average length of company service —11 years;

Average hourly rate for all black employees—$2.43;

Average length of Company service —6 years;

(b) Average hourly rate for white in-plant employees—$2.56;

Average length of Company service —11 years;

Average hourly rate for black in-plant employees—$2.57;

Average length of Company service —11 years;

(c) The average rate for blacks in the handling and storage (warehouse) was $2.17. For whites it was $2.12.

For 1973 employees the figures are as follows:

(a) Average hourly rate for all white employees—$2.73;

Average length of Company service —12 years;

Average hourly rate for all black employees—$2.57;

Average length of Company service —7 years;

(b) Average hourly rate for white inplant employees—$2.74;

Average length of Company service —12 years;

Average hourly rate for black inplant employees—$2.71;

Average length of Company service —12 years;

(c) The average rate for blacks in the handling and storage (warehouse) was $2.33. For whites it was $2.30.

41. The hourly earnings of section men for the period 1966–74 were as follows:

| | |
|---|---|
| 6– 6–66 | $2.10 |
| 9– 4–67 | 2.30 |
| 7–15–68 | 2.44 |
| 7– 7–69 | 2.60 |
| 11–30–70 | 2.76 |
| 12–13–71 | 2.91 |
| 12–11–72 | 3.07 |
| 9–10–73 | 3.27 |
| 5–13–74 | 3.60 |

42. At the time of the termination of his employment, plaintiff Sherrill was making $6,865.30 per year. He obtained employment in 1972 and had earnings of $7,227.72; $6,096.08 in 1973; and $3,526.28 in 1974. He has been unemployed since September 15, 1974.

VII. *The July 29, 1974 incident.*

43. For several years, black employees in the warehouse have complained about the inordinate duties imposed on them. These are the least desirable, lowest paying positions of the Company. Warehouse employees are required to lift and load or unload raw and finished products, machinery and equipment. For extremely heavy objects a lift truck is used. Laborers in the department generally lift by hand. Lift truck operators generally work in pairs with one operating the truck and the other tagging the merchandise or recording what is brought in or shipped. Switchers move the trailers back and forth from the yard to the dock and assist the laborers in loading or unloading by hand.

44. After the summer students left the Company in July, 1974, to prepare for return to school, switchers were ordered to drive the lift truck, a separate job, in addition to their regular duties. The black employees complained to management during the third week of July about the extra duties and low pay. Plaintiff Costner and Albert McDowell, who were the only switchers, also complained about the additional duties of driving the lift truck and advised management that they would do either the switcher's job or the lift truck job.

45. On July 29, 1974, plaintiff Costner and Albert McDowell were ordered to drive the lift truck in addition to their switching duties. They complained that they would not be able to do both jobs. They were called in conference and offered the choice of doing both jobs or leaving. They refused to do both and left for management to reconsider. Their employment was terminated effective July 29, 1974.

46. Black employees, having been relegated principally to the warehouse, have also been assigned inordinate duties with limited pay. The Company has no written job duties. It is clear, however, that the two jobs of switcher and lift truck operator have been considered two separate and distinct jobs with separate rates of pay. Additionally, Costner has intervened in this proceeding to challenge the racially discriminatory practices of the Company. Albert McDowell was subpoenaed to testify.

47. No employee in the plant or shop has been required to assume two or more jobs; nor are similar duties imposed on salaried or supervisory employees.

48. The Company contends that these duties have been imposed on switchers for several years. With the department being racially segregated or identifiable, it is no solace that black employees have

been given burdensome and discriminatory duties for extended periods. The plaintiffs now seek relief against reprisals by the Company because of their efforts to enforce their rights to equal employment opportunities.

49. Neither plaintiff Costner nor Albert McDowell was offered the opportunity to transfer into the plant with seniority and with less onerous duties. Rather, they were immediately terminated.

50. Ray McDowell and William Jefferies were also dismissed on this occasion because they left with Costner and Albert McDowell. Ray McDowell also testified previously in depositions in support of the plaintiffs. The Company denies that they were granted permission to leave. Other employees, however, have been permitted to leave during the day, with or without excuses, and continued in employment. The Company has offered no explanation of why different standards should be applied with respect to these class members who have also joined in protest against the racially discriminatory practices of the Company.

## CONCLUSIONS OF LAW

1. The Court has jurisdiction under Section 706(f) of the Civil Rights Act of 1964, 42 U.S.C. Section 2000e–5(f) and 42 U.S.C. § 1981.

■ 2. This is an appropriate class action under Rule 23(a), (b)(2) FRCP. The class is too numerous to bring all parties before the Court. There are common questions of law and fact applicable to the class. The claims of the named plaintiffs are typical of the claims of the class members. The named plaintiffs have and will fairly and adequately represent the interests of the class. Defendant has engaged in racially discriminatory conduct and practices generally applicable to black employees. The class is defined as all black employees of Stevens at its Stanley, North Carolina facilities who were hired before July 2, 1965, and who continued in employment with Stanley subsequent to July 2, 1965, and all black employees hired subsequent to July 2, 1965, or who may be employed in the future, who have been or may be affected by the defendant's racially discriminatory employment practices. The class also includes the following subclasses of persons who have been or may be affected by defendant's racially discriminatory employment practices: (a) black employees hired before July 2, 1965, who were initially assigned to warehouse or janitorial positions and who continued in employment subsequent to July 2, 1965; (b) black employees hired subsequent to July 2, 1965, who were initially assigned to warehouse or janitorial positions; (c) black employees who were initially assigned to the warehouse and who were permitted to transfer to a production job with loss of seniority; and (d) black employees who were initially assigned to production jobs at any time subsequent to July 2, 1965.

3. The defendant J. P. Stevens and Company, Inc., is an employer within the meaning of 42 U.S.C. Section 2000e(b), is engaged in an industry affecting commerce within the meaning of 42 U.S.C. Section 2000e(h), and is subject to the provisions of 42 U.S.C. § 1981.

4. Plaintiff Sherrill has complied with the procedural requirements of Section 706(e) and (f) of Title VII, 42 U.S.C. Sections 2000e–5(e) and (f). Intervenors Costner, Brooks and McLean have properly moved and been allowed to intervene.

5. The relevant time period for determining defendant's liability for back pay is July 22, 1969, two years prior to the filing by plaintiff Sherrill of his charge with EEOC, 42 U.S.C. § 2000e–5(g).

■ 6. Statistical evidence may establish a prima facie case of discrimination under Title VII, 42 U.S.C. §§ 2000e et seq., and 42 U.S.C. § 1981. *United States v. Chesapeake & Ohio Ry. Co.,* 471 F.2d 582, 586 (4th Cir. 1972) *cert. denied,* 411 U.S. 939, 93 S.Ct. 1893, 36 L.Ed.2d 401 (1973).

7. Statistics in this case which reflect that black employees have been assigned to and are still basically in warehouse and janitorial positions establish a prima facie showing that the defendant has discriminated and is presently discriminating against black employees because of race and color. *United States v. Chesapeake & Ohio Ry. Co., supra.*

8. The evidence clearly establishes that black employees were totally excluded from production jobs until 1963, shop or maintenance jobs until 1974, and are still excluded from office, clerical and supervisory positions. Although 4 blacks, since plaintiff Sherrill's efforts, have been offered supervisory positions, this does not diminish the pervasive showing that no black other than Jeffers, was even considered for a supervisor's position until 1971, or even selected to this date to participate in the training program in order to advance to a supervisory position. Moreover, the first black was only advanced to the shop after the trial of this action and no black has been offered or assigned an office or clerical position. Black employees are still assigned and concentrated principally in the warehouse. Black women were not hired until 1965 and have not been considered for advancement to supervisory positions. Defendant has presented no evidence of validation of the exclusionary practices which would permit the exclusion of women from section or other supervisory jobs. *See Robinson v. Lorillard,* 444 F.2d 791 (4th Cir. 1971) *cert. dism.,* 404 U.S. 1006, 92 S.Ct. 573, 30 L.Ed.2d 655.

9. The discriminatory practices of the defendant are further confirmed by the following:

(a) In addition to concentrating black employees in the warehouse, defendant has imposed departmental or plant seniority which requires that they relinquish any accumulated seniority in order to transfer to better paying production jobs.

(b) No wage protection is insured for black employees who desire a chance for better paying jobs and who transfer to a position which pays less than they are presently earning.

(c) Defendant limits consideration for promotion to employees on certain production jobs from which the plaintiffs and class members have historically been excluded. Even with limited opportunities after 1965, plaintiffs are still denied promotion to supervisory, shop and office positions.

(d) No objective criteria have been established for promotion to supervisory or better paying job positions, thus perpetuating the opportunity and practice of continued discrimination because of race against the plaintiffs and class members.

(e) Black employees are still denied the opportunity to participate in training programs which would permit them to promote into supervisory and office positions.

(f) Black women were previously systematically excluded from employment and are now denied any chance for promotions to supervisory positions pursuant to policies which have not been properly validated.

(g) Black employees in warehouse positions have been assigned inordinate and onerous duties.

(h) Black employees who seek to assert their rights under Title VII and 42 U.S.C. § 1981 have been subjected to intimidations and reprisals.

10. Title VII was designed "to achieve equality of employment opportunities and remove barriers that have operated in the past to favor an identifiable group of . . . employees over other employees. Under the Act, practices, procedures, or [policies] neutral on their face, and even neutral in terms of intent, cannot be maintained if they operate to 'freeze' the status quo of prior discriminatory employment practices." *Griggs v. Duke Power Co.,* 401 U.S. 424, 429–30, 91 S.Ct. 849, 853, 28 L.Ed.2d 158, 163 (1971).

11. Where, as here, black employees have been limited to certain job positions and departments, the defend-

ants continued reliance on department seniority or length of service which gives the white employees a competitive advantage over black employees for promotion to better jobs and shifts, perpetuates the effects of past discrimination and constitutes a present pattern and practice of discrimination against black employees, depriving them of employment opportunities and adversely affecting their status as employees because of race, within the meaning of 42 U.S.C. § 2000e–2(a), *Robinson v. Lorillard Corp., supra; Rock v. Norfolk & Western Ry. Co.,* 473 F.2d 1344 (4th Cir.) *cert. denied,* 412 U.S. 933, 93 S.Ct. 2754, 37 L.Ed.2d 161 (1973).

12. Where, as here, blacks have been excluded from certain jobs and departments, the defendant's continued enforcement of departmental or plant seniority which requires that black employees who desire to transfer to better job positions relinquish their accumulated seniority and start a new seniority date for purposes of promotion, shift bids and lay offs, perpetuates the effects of past discrimination. It also constitutes a present pattern or practice of discrimination within the meaning of 42 U.S.C. § 2000e–2(a). *Local 189, United Papermakers & Paperworkers v. United States,* 416 F.2d 980 (5th Cir. 1969), *cert. denied,* 397 U.S. 919, 90 S.Ct. 926, 25 L.Ed.2d 100 (1970).

13. Where black employees have been subjected to discrimination because of race in employment opportunities and have sustained loss of earnings, as here, because of such practices, individually named plaintiffs may be awarded injunctive relief, including back pay, for themselves and the class of black employees affected. *Albemarle Paper Co. v. Moody,* 422 U.S. 405, 95 S.Ct. 2362, 45 L.Ed.2d 280, 43 U.S.L.W. 4880 (1975).

14. Plaintiff Sherrill, although initially hired in a production job, was denied consideration for promotion to a supervisory position. He was subjected to subjective standards which permitted continued discrimination against him because of race. He was denied an opportunity to be placed in the supervisory trainee position because of race. The Company's practices with respect to plaintiff Sherrill constitute a violation of 42 U.S.C. § 2000e–2(a). *Brown v. Gaston County Dyeing Machine Co.,* 457 F.2d.1377, 1382–1383 (4th Cir.) *cert. denied,* 409 U.S. 982, 93 S.Ct. 319, 34 L.Ed.2d 246 (1972) ("Elusive, purely subjective standards must give way to objectivity if statistical indicia of discrimination are to be refuted"); *Young v. Edgcomb Steel Co.,* 499 F.2d 97, 98 (4th Cir. 1974).

15. Plaintiff Sherrill complained to management about the Company's racially discriminatory policies. He was called into conferences, subjected to threats and harassment by white employees, and forced to leave his employment because of continued intimidations. He sought a 6-month leave to study for a better job with the Company and to seek some reprieve from the pressures caused by his efforts to advance. He was denied leave although the Company had extended comparable leave to other employees. The reprisals against plaintiff Sherrill which resulted in the termination of his employment constitute a violation of Section 704(a) of Title VII, 42 U.S.C. § 2000e–3(a). *Pettway v. American Cast Iron Pipe Co.,* 411 F.2d 998 (5th Cir. 1969), *reh. den.,* 415 F.2d 1376 (5th Cir. 1969). The plaintiff is entitled to an order requiring his reinstatement with back pay.

16. Plaintiffs Costner, Brooks and McLean have similarly been subjected to employment discrimination because of race, by the Company practices described above. They are also entitled to injunctive relief and back pay for themselves and the class.

17. The additional duties imposed on warehouse employees, the black department, were onerous and discriminatory. Employees in other departments, clearly identifiable as white, were not required to perform two or more jobs. The discharge of plaintiff Costner

and Albert McDowell on July 29, 1974, because they objected to these discriminatory practices and because they had joined in this proceeding or had testified in support of the plaintiffs, constitutes a violation of Sections 703(a) and 704(a) of Title VII, 42 U.S.C. § 2000e–2(a) and § 2000e–3(a). *Cf. Pettway v. American Cast Iron Pipe Co., supra; Commonwealth v. Local 542, International Union of Operating Engineers, supra.*

18. Ray McDowell and William Jefferies were discharged because they left the Company with Costner and Albert McDowell. The evidence is clear that such conduct had previously been condoned by management and was used here only after these parties became interested witnesses in this proceeding. Their discharge, under the circumstances, violates Section 704(a), 42 U.S.C. § 2000e–3(a). *Francis v. American Tel. & Tel. Co.*, 55 F.R.D. 202 (D.D.C.1972).

19. Where an employer has engaged in practices and policies of discrimination based on race, affirmative and mandatory relief is required in order to insure full enjoyment of the right to equal employment opportunities. In ordering relief, a court should not merely parrot the Act, but should order affirmative relief which is appropriate to insure the full enjoyment of employment rights. *United States v. Dillon Supply Co.*, 429 F.2d 800 (4th Cir. 1970).

20. In such cases the Court has not merely the power but the duty to render a decree which will as far as possible eliminate the discriminatory effects as well as bar like discrimination in the future. *Rosen v. Public Service Elec. & Gas Co.*, 477 F.2d 90 (3rd Cir. 1973); *Cf. Swann v. Charlotte-Mecklenburg Board of Education*, 402 U.S. 1, 91 S.Ct. 1267, 28 L.Ed.2d 554 (1971).

21. In order to remedy the continuing discrimination based on race and to remedy the competitive seniority disadvantage to the plaintiffs stemming from defendant's pre-1965 practices of maintaining segregated jobs and departments, there must be some modification of defendant's reliance on departmental seniority in promotions, shift bids and lay-offs.

22. Defendant will be enjoined to eliminate all employment practices based on race and color.

23. Defendant will be enjoined to offer opportunities to all black warehouse employees to transfer to production and shop or maintenance jobs and permit these employees to transfer their total company service or seniority for bidding on vacancies and shifts. These employees shall also be permitted to use their total company service for lay-offs. *Robinson v. Lorillard Corp., supra.*

24. Defendant will be required to "red circle" the pay rates of any black employee who is transferred to a production position paying less than he is presently earning until such employee can promote to a higher paying position. *Robinson v. Lorillard Corp., supra.*

25. Defendant will be enjoined to post in conspicuous places throughout the Stanley facilities notice of all vacancies and rosters showing the revised seniority or company length of service as directed in paragraph 23. *Young v. Edgcomb Steel Co.*, 363 F.Supp. 961, 972 (M.D.N.C.1973), *reversed on other grounds*, 499 F.2d 97 (4th Cir. 1974).

26. Defendant will be enjoined to offer black employees placement in the supervisory trainee programs and, subject to the availability of black employees or applicants, to promote or hire one black employee in supervisory, shop or maintenance, office and clerical positions for every one other employee hired for such positions. Such obligations shall continue until such time as blacks constitute at least fifteen (15) percent of the total number of employees in these positions. *United States v. Central Motor Lines*, 338 F.Supp. 532, 561 (W.D.N.C.1971).

27. Defendant shall be enjoined to modify the seniority of all black employees who have transferred from the warehouse into a production job and ac-

cord them seniority from the date of initial hiring by the Company for promotion, lay off, and shift bid purposes. *Local 189, United Papermakers and Paperworkers v. United States, supra; Robinson v. Lorillard Corp., supra.*

28. Defendant will be required to reinstate plaintiff Sherrill and to offer him a position as sectionman. Plaintiff Sherrill shall also be allowed to promote to other supervisory positions without consideration of race and shall be paid loss of earnings. *Williams v. Albemarle City Board of Education,* 485 F.2d 232 (4th Cir. 1973).

29. Defendant shall be enjoined to reinstate plaintiff Costner and Albert McDowell and to pay them loss of earnings.

30. Defendant shall be required to reinstate Ray McDowell and William Jefferies and to pay them loss of earnings.

31. Defendant shall be required to offer black female employees an opportunity to advance into supervisory positions and shall be enjoined from excluding black women from consideration for promotion to such position until the defendant shall establish, if it can, properly validated, bona fide occupational criteria to show that women cannot perform the job. Black female employees shall be allowed loss of earnings because of their exclusion from supervisory positions.

32. Defendant shall be required to pay back pay to the class of black employees as defined in paragraph 2 from July 22, 1968, until the date of the final order of this action.

33. Defendant shall be required to pay plaintiffs' costs, expenses and reasonable attorney fees.

34. The Court will retain jurisdiction of this action for such further orders as may be appropriate.

CURRENT EMPLOYEES OF FEBRUARY 25, 1974
BY SENIORITY DATE WITHIN DEPARTMENT

Plaintiffs Exhibits 14

EXHIBIT

SPUN #1 (Opening-Roving Service Roster)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Kenneth D. Ballard | W | M | | Oiler/Cleaner 1st Shift | | 1-1-41 | | | 6,765.58 | 6,988.61 |
| Hall K. Dellinger | W | M | | Roving Tender 1st Shift | | 12-1-42 | | | 7,265.69 | 7,825.59 |
| Sylvanus L. Hawkins | W | M | | Roving Tender 1st Shift | | 9-12-49 | | | 7,856.28 | 8,255.23 |
| Harrison M. Johnson | W | M | | Draw Tender 1st Shift | | 11-3-52 | | | 6,813.67 | 7,576.09 |
| Avery C. Kennedy | W | M | | Card Section 1st Shift | | 11-30-52 | | | 8,416.64 | 9,010.59 |
| Clarence Lee Putnam | W | M | | Roving Tender 2nd Shift | | 4-1-54 | | | 8,079.62 | 8,348.31 |
| Charles L. Friday | W | M | | Card Grinder 1st Shift | | 3-31-55 | | | 8,156.78 | 8,517.38 |
| Dennis W. Fincannon | W | M | | Card Tender 1st Shift | | 5-30-56 | | | 6,977.71 | 7,599.83 |
| Jack R. Ward | W | M | | Card Section 2nd Shift | 10-28-52 | 5-26-58 | Blender 2nd Shift | | 9,412.01 | 10,918.50 |
| Artie Craig Havn | W | M | | Roving Tender 3rd Shift | | 11-4-58 | | | 5,335.83 | 8,728.05 |
| Wiley Ellis Hudspeth | W | M | | Roving Tender 2nd Shift | | 4-8-59 | | | 7,652.97 | 8,159.09 |
| Jack Thomas Hamrick | W | M | | Card Tender 3rd Shift | | 5-12-59 | | | 7,421.62 | 7,276.75 |
| John W. Warlick | W | M | | Roving Section 2nd Shift | | 11-12-59 | | | 7,971.30 | 8,464.92 |
| Thurman B. Jones | W | M | | Roving Tender 2nd Shift | | 8-28-61 | | | 7,473.37 | 7,822.13 |
| Elzy E. Dills | W | M | | Draw Tender 2nd Shift | | 5-4-62 | | | 7,824.74 | 8,813.84 |
| Robert L. Thompson, Jr. | W | M | | Roving Section 3rd Shift | | 9-3-63 | Card Tender | | 8,132.13 | 8,720.49 |
| Danny R. Woody | W | M | 7th Grade | Card Tender 2nd Shift | 3-19-69 | 8-1-69 | Yard Steamer | | - | - |

Page 2

788

**SPUN #1** (Opening-Roving Service Roster)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Dorothy M. Rice | W | F | | Roving Tender 3rd Shift | | 4-12-71 | | | 7,746.08 | 7,228.20 |
| Vaughn Rice | W | M | | Card Room Sp. Hand 3rd Shift | | 4-12-71 | | | 5,937.78 | 7,606.35 |
| Ben R. Steele | W | M | Jr. High | Roving Oiler 2nd Shift | 2-6-49 | 4-26-71 Trans. from Plant #2 | Drawing Tender 3rd | | 5,378.83 | 6,045.30 |
| Ralph L. Rogers | W | M | | Picker Tender 2nd Shift | 9-26-47 | 7-26-71 | Learner Upspin 2nd | | 7,249.68 | 7,643.51 |
| Ted L. Smith (Service) | W | M | | Lap Hauler 1st Shift | | 8-9-71 Trans. from Spin Rm. | | | 971.81 | 561.49 |
| Thurman T. Hoke | W | M | | Card Tender 3rd Shift | | 12-28-71 | | | 6,044.69 | 6,648.57 |
| William Clyde McClain | B | M | | Lap Hauler 2nd Shift | | 10-16-72 | | | 1,147.34 | 7,381.62 |
| David Ray Steele | W | M | | Can Pusher 2nd Shift | | 11-20-72 | | | 556.64 | 6,689.61 |
| Mike Keith Jones | W | M | | Utility Man 2nd Shift | | 4-9-73 | | | - | 3,356.63 |
| Marshall G. Brown | W | M | | Card Tender 2nd Shift | | 5-14-73 | | | 2,148.51 | 263.78 |
| Randy Jon Lawing | W | M | | Lap Hauler 2nd Shift | | 6-11-73 | | | - | 3,314.96 |
| Boyce Ray McKinney | W | M | | Lap Hauler 2nd Shift | | 8-20-73 | | | - | 2,203.86 |
| Robert Charles Brotherton | W | M | | Lap Hauler (PT) 2nd Shift | | 8-28-73 | | | - | 1,026.16 |
| George E. Lawrence | B | M | | Roving Tender 1st Shift | | 9-18-73 | | | 6,979.46 | 6,933.19 |
| Jeffrey Dean Etchison | W | M | | Sweeper/Can Pusher 1st Shift | | 11-5-73 | | | - | 2,080.61 |
| Jimmy Ray Hamby | W | M | | Sweeper/Can Pusher 2nd Shift | | 1-30-74 | | | - | - |
| Andy Edward Harris | W | M | | Card Tender 3rd Shift | | 2-21-74 | | | - | 88.00 |

Page 3

SPUN #1 (Spinning Department Length of Service Roster)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Mozelle W. Watts | W | M | | Roller Picker 1st Shift | | 6-1-1917 | | | 5,477.67 | 6,339.59 |
| Flonnie L. Walker | W | F | | Spinner 1st Shift | | 11-1-42 | | | - | - |
| Ottie Idelle Spargo | W | F | | Spinner 1st Shift | | 3-1-43 | | | 5,865.95 | 6,311.72 |
| Iva Lee H. Ballard | W | F | | Spinner 1st Shift | | 5-12-43 | | | 5,748.89 | 6,155.10 |
| James M. Pressley | W | M | | Oiler 1st Shift | | 5-12-43 | | | 5,834.32 | 6,323.21 |
| Audrey Lee Abernathy | W | F | | Creel Changer 1st Shift | 11-14-47 | 7-22-44 | Spinner | | 5,829.67 | 6,031.46 |
| Lawrence Smith | W | M | | Spinning Section 1st Shift | | 7-1-48 | | | 8,909.77 | 7,640.82 |
| Pansy Wood Warlick | W | | | Spinner 1st Shift | | 2-4-49 | | | 5,555.36 | 5,690.61 |
| Pauline M. Oates | W | F | | Spinner 1st Shift | | 4-9-51 | | | 5,831.76 | 5,904.02 |
| Norma R. Johnson | W | F | | Spinner 1st Shift | | 5-14-51 | | | 5,585.68 | 6,265.51 |
| Max Donald Smith | W | M | | Spinning Doffer 1st Shift | | 5-30-51 | | | 15,572.48 | 11,822.18 |
| James Welch | W | M | | Pneumafil Man 1st Shift | | 9-1-53 | | | 4,105.48 | 5,067.35 |
| Helen F. Smith | W | F | | Spinner 1st Shift | | 2-3-54 | | | 5,853.51 | 7,501.96 |
| Azzalee R. Oliver | W | F | | Spinner 1st Shift | 1-3-49 | 9-28-54 | Spinner | | 6,924.76 | 7,493.14 |
| John W. Story | W | M | | Spinning Doffer 1st Shift | | 4-28-56 | | | 7,985.27 | 4,708.13 |
| R.A. Robinson, Jr. | W | M | | Spinning Section 2nd Shift | 4-21-51 | 3-1-59 | | | 12,275.27 | 12,942.15 |
| Mabel G. Thompson | W | F | 5th Grade | Spinner 3rd Shift | | 9-7-61 | | | 5,780.85 | 6,276.91 |

SPUN #1 (Spinning Department Length of Service Roster)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Jonas Reed Perkins | W | M | | Sweeper 1st Shift | | 2-5-62 | | | 5,504.02 | 5,797.25 |
| Stella M. Kinley | W | F | | Roller Picker 2nd Shift | | 5-25-62 | | | 8,121.28 | 8,315.61 |
| Bessie V. Porter | W | F | 9th Grade | Creel Changer 3rd Shift | 6-25-62 | 6-21-62 | Spinner | | - | - |
| Virginia P. Adams | W | F | 9th Grade | Spinner 3rd Shift | 7-16-59 | 2-17-63 | Winder Opr. | 4-26-60 | 5,210.06 | 6,143.96 |
| Alice E. Saunders | W | F | 7th Grade | Spinner 2nd Shift | | 5-13-63 | | | 5,851.16 | 6,710.70 |
| Eva E. Banda | W | F | | Spinner 3rd Shift | | 8-23-63 | | | 5,726.52 | 6,121.68 |
| Bonnie C. Garner | W | F | | Spinner 3rd Shift | | 9-16-64 | | | - | 4,980.62 |
| Willa M. McKinnish | W | F | | Spinner 3rd Shift | | 11-16-64 | | | 6,326.17 | 6,134.30 |
| Emma Lee Jones | W | F | | Spinner 3rd Shift | | 8-5-65 | | | 5,280.45 | 6,737.05 |
| Maggie Mason Brown | B | F | | Spinner 3rd Shift | | 12-13-65 | | | 5,765.26 | 6,869.83 |
| Louise H. Osborne | W | F | | Spinner 2nd Shift | 4-15-48 | 5-19-66 | | | 7,020.32 | 7,049.09 |
| Agnes R. Ballard | W | F | 12th Grade | Sweeper 2nd Shift | 11-15-48 | 7-26-67 | Spinner 3rd | | 6,539.51 | 7,019.32 |
| Rachel Marie Soles | W | F | | Spinner 2nd Shift | | 8-7-67 | | | 5,706.85 | 6,696.07 |
| Estelle C. Long | W | F | | Spinner 2nd Shift | | 10-2-67 | | | 5,801.81 | 6,323.03 |
| Sammy Ledbetter (Service) | W | M | | Spinning Doffer 2nd Shift | | 3-21-69 | | | 1,742.34 | 2.35 |
| Jeanette Carver | W | F | | Sweeper Spin Rm. 3rd Shift | | 4-4-69 | | | - | - |
| Mary D. Wilkinson | W | F | 12th Grade | Spare Hand 3rd Shift | 8-10-68 | 2-13-72 | Twister Tender | | 5,288.57 | 6,412.68 |

SPUN #1 (Spinning Department Length of Service Roster)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Pink R. Wooten | W | M | 7th Grade | Oil & Tape Man 3rd Shift | 3-16-48 | 4-17-72(T) | Card Tender 2nd | | 6,350.55 | 6,751.49 |
| Donald R. Whitley | W | M | | Section Man 3rd Shift | 12-7-48 | 6-19-72(T) | Erector's Helper 1st | | 7,056.83 | 8,805.93 |
| Imogene R. Correll | W | F | | Roving Hauler 3rd Shift | | 10-2-72 | | | 1,267.92 | 5,423.51 |
| Donny Ray Flood | B | M | | Spin Doffer 3rd Shift | | 11-13-72 | | | 238.00 | - |
| Joe Arnold Smith | W | M | 11th Grade | Roving Hauler (PT) 2nd Shift | | 1-2-73 | | | - | 4,094.86 |
| Mary O. Williams | W | F | 9th Grade | Spinner 2nd Shift | 4-3-69 | 2-12-73 | Abbott Learner | 2-12-73 | 1,852.93 | 6,328.11 |
| Patricia Ann Ramey | W | F | 8th Grade | Spin Doffer 3rd Shift | 1-3-68 | 3-22-73 | Winder Opr. | | - | 3,619.89 |
| Jill A. Byers | W | F | | Spinner 2nd Shift | | 7-23-73 | | | 4,665.59 | 3,018.05 |
| Mose Lee Mason | W | M | | Spin Doffer 1st Shift | | 9-12-73 | | | 6,205.05 | 3,966.52 |
| Boyce Alan Brooks | W | M | | Roving Hauler 2nd Shift | | 11-5-73 | | | - | 1,320.56 |
| Jennie Fay Friday | B | F | | Spinner/Doffer 2nd Shift | | 11-12-73 | | | - | 652.00 |
| Ted Lawrence Smith | W | M | | Spin Doffer(Temp) 3rd Shift | | 11-21-73 | | | 971.81 | 561.49 |
| Doris O. Iverson | W | F | | Spinner/Doffer 3rd Shift | | 12-3-73 | | | - | 370.15 |
| Zelma S. Bingham | W | F | | Spinner/Doffer 3rd Shift | | 12-3-73 | | | - | 370.15 |
| Ronald L. Hooper | W | M | | Roving Hauler 2nd Shift | | 1-15-74 | | | - | 452.35 |
| Myrtle Crisp Satterfield | W | F | | Spinner/Doffer 2nd Shift | | 1-28-74 | | | - | - |
| Janice M. Turner | W | F | | Spinner/Doffer 2nd Shift | | 1-28-74 | | | - | - |

Page 6

SPUN #1 (Spinning Department Length of Service Roster)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Cynthia H. Miller | W | F | | Spinner/Doffer 3rd Shift | 1-30-74 | | | | - | - |
| Wilma D. Eury | W | F | | Spinner/Doffer 2nd Shift | 2-4-74 | | | | - | 1,782.93 |
| Thomas W. McGinnis | W | M | | Roving Hauler(PT) 2nd Shift | 2-21-74 | | | | - | 640.16 |

SPUN #1 (Winding Department Length of Service Roster)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 1972 | 1973 |
| Lucille W. Poteat | W | F | | Winder Tender 1st Shift | | 2-1-41 | Coner Winder 1st | | 6,542.65 | 7,582.58 |
| Hattie O. Powell | W | F | | Winder Tender 1st Shift | | 1-1-42 | Waster | | 6,429.03 | 7,582.58 |
| Janie M. Johnson | W | F | | Winder Tender 1st Shift | | 5-20-42 | | | | |
| Lois Hovis Caldwell | W | F | | Winder Tender 1st Shift | | 6-14-43 | | | - | 7,757.83 |
| Nora M. Homesley | W | F | | Winder Tender 1st Shift | | 2-1-46 | | | 7,563.45 | 8,366.94 |
| Sue L. Sherrill | W | F | | Winder Tender 1st Shift | | 6-6-51 | Winder Opr. | | 7,143.30 | 7,842.00 |
| Lathan E. Hovis | W | M | | Section Man 1st Shift | | 2-28-53 | | | 8,992.86 | 8,451.63 |
| Odessa Graham | W | F | | Winder Tender 2nd Shift | | 6-18-53 | | | 6,645.02 | 7,929.47 |
| Laura McGinnis | W | F | | Winder Tender 3rd Shift | | 4-4-55 | | | 5,754.89 | 6,864.28 |
| Olen H. Ballard | W | M | | Packer 1st Shift | | 5-2-56 | | | 5,607.08 | 6,080.82 |
| Blondie Christopher | W | F | | Winder Tender 2nd Shift | | 8-13-56 | | | 6,621.55 | 7,584.89 |
| Pearl C. Goins | W | F | | Winder Tender 3rd Shift | | 10-8-57 | | | 6,454.47 | 7,691.59 |
| Virginia C. Heavner | W | F | | Winder Tender 3rd Shift | | 5-21-58 | | | 5,887.12 | 6,682.53 |
| John David Gilbert | W | M | | Packer 1st Shift | | 8-15-58 | | | 6,253.37 | 6,867.59 |
| Emma Lou Helms | W | F | | Doubler Tender 3rd Shift | | 9-2-58 | | | 7,210.00 | 8,278.33 |
| Bonnie Mae Miller | W | F | | Winder Tender 3rd Shift | | 4-25-60 | | | 5,996.14 | 6,940.58 |
| Ralph J. McConnell | W | M | | Yarn Man 1st Shift | | 5-7-62 | | | 6,498.32 | 6,372.39 |

Page 8

**794**

SPUN #1 (Winding Department Length of Service Roster)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Hubert Stroupe | W | M | | Twister Tender 2nd Shift | | 8-24-64 | Spin Doffer 2nd | | 6,012.03 | 5,744.01 |
| Murray E. McGinnis | W | M | | Auto Coner Fixer 1st Shift | | 9-15-67 | | | 9,079.50 | 10,391.68 |
| Claude J. Kirkland | W | M | | Head Packer 1st Shift | | 12-11-69 | | | 8,517.47 | 8,073.80 |
| Walter O. Dennis | W | M | | Yarn Man 2nd Shift | | 6-21-71 | | From Card Rm. | 8,409.60 | 8,676.93 |
| Josephine P. Armstrong | W | F | 8th Grade | Twister Tender 2nd Shift | | 8-2-71 | Twister Tender | | 5,730.40 | 5,850.81 |
| Sarah Perkins | W | F | | Yarn Man 1st Shift | | 3-17-72 | | | 4,973.07 | 6,671.89 |
| Daisey B. Floyd | B | F | | Twister Tender 3rd Shift | | 3-20-72(T) | | | 5,351.14 | 4,997.05 |
| Coy P. Woody | W | F | 10th Grade | Windor Section Man 3rd Shift | | 7-10-72(T) | Sweeper & Can Pusher | | 7,511.55 | 9,366.14 |
| Linda L. Griffin | W | F | | Roto Coner Opr. 3rd Shift | | 3-6-73 | | | - | 5,578.43 |
| Buddy Ray Branch | W | M | | Yarn Man 2nd Shift | | 4-11-73 | | | - | 3,148.80 |
| Keith R. Friday | W | M | | Yarn Man 1st Shift | | 7-16-73 | | | - | 2,788.87 |
| Keith R. McGinnis | W | M | | Yarn Man(PT) 2nd Shift | | 8-21-73 | | | - | 1,148.81 |
| Wilma David Eury | W | F | | Auto Coner Opr. 2nd Shift | | 9-4-73 | | | - | 1,782.93 |
| Linda Teresa Adams | W | F | | Yarn Man 3rd Shift | | 10-8-73 | | | 67.94 | 1,403.89 |
| Sheila M. Lynch | B | F | | Roto Coner Opr. 2nd Shift | | 10-22-73 | | | - | 903.88 |
| Danny L. Helderman | W | M | | Yarn Man 1st Shift | | 10-24-73 | | | 4,674.62 | 4,601.12 |
| Elizabeth Daphyne Osborne | W | F | | Roto Coner Opr. 2nd Shift | | 11-7-73 | | | - | 742.83 |

SPUN #1 (Winding Department Length of Service Roster)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Carol Ann Taylor | W | F | | Winder Opr. 3rd Shift | 11-16-73 | | | | - | 513.44 |
| Ladd Herman Cloninger | W | M | | Yarn Man 2nd Shift | 11-19-73 | | | | - | 3,356.10 |
| Martha Jane Rhyne | W | F | | Twister Opr. 2nd Shift | 11-20-73 | | | | - | 3,937.08 |
| James David Rhyne | W | M | | Twister Opr. 2nd Shift | 11-21-73 | | | | - | 465.60 |
| Conley James Flowers | W | M | | Yarn Man 3rd Shift | 12-10-73 | | | | - | 276.78 |
| Steve W. Morris | W | M | | Section Man 3rd Shift | 1-14-74 | | | | 2,158.55 | 3,818.05 |
| Jerry A. Bush | W | M | | Yarn Man 3rd Shift | 1-28-74 | | | | - | - |
| Edward David Shook | W | M | | Yarn Man 3rd Shift | 1-28-74 | | | | - | - |

796

SPUN #1 (General Plant)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Ralph W. Hoffman | W | M | | Head Overhauler 1st Shift | | 8-9-48 | | | 7,855.45 | 8,180.45 |
| Vinscon E. Howard | W | M | | Overhauler 1st Shift | | 2-8-71 | | From Winding Room | 7,292.35 | 7,008.83 |

Page 11

## SPUN #2 (Opening Roving Department Service)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Casper Spargo | W | M | | Card Grinder 1st Shift | | 3-5-37 | Card Grinder 1st | | 7,027.93 | 8,682.50 |
| Frank Lee Lewis | W | M | | Card Section 1st Shift | | 11-1-48 | Roving Tender 1st | | 8,110.59 | 8,972.83 |
| John D. Sisk | W | M | | Draw/Roving Sect. 1st Shift | | 8-11-49 | Roving Sect. 2nd | | 8,171.44 | 7,745.26 |
| Hunter A. Black | W | M | | Card/Picker Sect. 1st Shift | | 2-17-50 | Card Sect. 1st | | 7,729.10 | 9,661.21 |
| Leroy C. West | W | M | | Roving Tender 1st Shift | | 1-7-51 | Roving Tender 1st | | 7,570.28 | 8,580.73 |
| Ivie Lee Nantz | W | F | | Draw Tender 1st Shift | | 8-4-53 | Utility Man 2nd | | 7,783.06 | 8,210.69 |
| Albert Reid Perkins | W | M | | Card Section 3rd Shift | | 7-23-57 | Card Tender 2nd | | 8,451.63 | 12,281.77 |
| Marcella G. Banda | W | F | 3rd Grade | Roving Tender 1st Shift | | 9-3-62 | Drawing Tender 3rd | | 7,627.55 | 8,461.71 |
| Lat Lawing | W | M | | Card Tender 1st Shift | | 10-23-62 | Drawing 2nd | | 5,650.39 | 6,384.18 |
| Harold R. Helms | W | M | | Card Section Man 2nd Shift | | 6-15-63 | Card Tender 3rd | | 7,668.02 | 8,762.07 |
| Ernest F. Shuford | W | M | | Rov. & Draw Sect. Man 3rd Shift | | 10-4-63 | Roving Tender 3rd | | 6,686.92 | 8,036.34 |
| Miles Calvin Luckey | B | M | | Picker Tender 2nd Shift | 4-8-64 | 3-28-65 | Laborer 2nd | | 10,969.29 | 12,898.13 |
| Johnny F. Queen | W | M | | Roving Tender 1st Shift | | 8-25-65 | Roving Tender 2nd | | - | 9,161.82 |
| William Lee McKinnish | W | M | 12th Grade | Card Section 3rd Shift | | 6-2-66 | Card Tender Learner 3rd | | 7,629.60 | 8,308.10 |
| Samuel M. Hawkins | W | M | 7th Grade | Roving Tender 2nd Shift | | 6-3-67 | Roving Tender 3rd | | 7,588.99 | 8,593.05 |
| William M. Luckey | B | M | | Picker Tender 3rd Shift | 5-21-51 | 1-8-66 | Laborer 1st | | 9,647.51 | 11,679.58 |
| Donald L. Stallings | W | M | 12th Grade | Utility Man 1st Shift | | 2-5-68 | Drawing Learner 2nd | | 5,797.57 | 6,540.00 |

Page 12

798

SPUN #2 (Opening Roving Department Service)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Johnnie Lewis Williams | W | M | 11th Grade | Roving Tender 1st Shift | | 3-27-68 | Frame Hand 3rd | | 7,273.42 | 7,302.08 |
| James H. Steele | W | M | | Draw/Roving Sect. 1st Shift | | 8-29-68 | Sweeper 2nd | | 7,844.08 | 9,587.09 |
| Frank Williams (U. S. Air Force) | W | M | 11th Grade | Picker Tender 2nd Shift | | 6-10-70 | Roving Hauler 2nd | | 90.34 | 862.10 |
| Robert Lee Hill | B | M | 11th Grade | Draw Tender 1st Shift | 8-15-67 | 12-17-70 | Laborer 1st | From Nub Unit | 6,904.50 | 6,676.88 |
| Billy R. Morrison | W | M | | Roving Tender* 3rd Shift | | 1-18-71 | Roving Tender | | 7,806.38 | 8,640.44 |
| Terry Lee Hogue | W | M | | Card Tender 2nd Shift | | 6-29-71 | | | 6,600.32 | 2,649.68 |
| David A. Hunter | W | M | | Draw Tender 1st Shift | | 9-6-71 | Lap Hauler 3rd | | 5,505.53 | 6,696.98 |
| Elie Roosevelt Anderson | B | M | 7th Grade | Card Tender 3rd Shift | 9-28-71 | 9-28-71 | Card Tender 3rd | | 6,596.80 | 6,567.81 |
| Seth Wesley Hamrick | W | M | 12th Grade | Utility Man 2nd Shift | | 1-31-72 | Utility Man 2nd | | 4,909.79 | 6,031.43 |
| John David Mills | W | M | 10th Grade | Picker Tender 2nd Shift | | 2-28-72 | Card Tender 2nd | | 5,036.49 | 7,101.44 |
| Sherman Lee Shelton | W | M | | Picker Tender 2nd Shift | | 4-3-72 | Picker Tender 3rd | | 4,129.30 | 8,838.00 |
| William C. Mills | W | M | | Card Rm Sp. Hand 3rd Shift | | 4-4-72 | Card Tender 3rd | | 3,828.54 | 5,671.45 |
| Jesse F. Casper | W | M | 12th Grade | Draw Tender 3rd Shift | | 4-19-72(T) | Spin Oil & Tape Man | | 7,752.86 | 8,189.21 |
| Gary M. King | W | M | 12th Grade | Oiler 1st Shift | | 6-15-72 | Draw Tender 2nd | | 3,692.59 | 7,139.74 |
| Nat Sykes | B | M | | Can Pushor/Sweeper 1st Shift | 8-28-47 | 12-11-72 | Scrubber 1st | | 6,946.48 | 7,595.44 |
| Jack D. McCuen | W | M | 10th Grade | Roving Tender 2nd Shift | | 1-6-73 | Roving Tender 2nd | | - | 1,748.40 |
| Lawrence B. Lewis | W | M | | Picker Tender 3rd Shift | | 1-25-73 | Card Tender 3rd | | - | 6,793.62 |

Page 13

**SPUN #2** (Opening Roving Department Service)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Norman H. Gray | B | M | H.S. & College | Draw Tender 2nd Shift | 1-17-66 | 2-13-73 | Draw Tender 3rd | | 1,362.11 | 8,120.76 |
| Claude Phillips | W | M | 8th Grade | Card/Picker Sect. 2nd Shift | | 2-27-73 | Roving Tender 2nd | | - | 8,194.96 |
| Elliot L. Dellinger | W | M | 7th Grade | Bobbin Stripper 2nd Shift | | 3-6-73 | Roving Tender 2nd | | - | 4,196.73 |
| Franklin D. Hinson | W | M | 11th Grade | Card Tender 2nd Shift | | 3-13-73 | Roving Hauler 2nd | | 1,608.63 | 3,812.61 |
| Kenneth L. Luckey | B | M | | Picker Tender 3rd Shift | | 4-9-73 | Picker Tender | | 7,599.06 | 7,833.98 |
| Dennis R. Morrison | W | M | | Roving Tender 3rd Shift | | 5-15-73 | Roving Tender 3rd | | 4,254.87 | 5,626.55 |
| David Ricky Bishop | W | M | 12th Grade | Lap Hauler 1st Shift | | 5-15-73 | Draw Tender 2nd | | 1,846.64 | 5,495.44 |
| James E. Poplin | W | M | | Draw Tender 3rd Shift | | 5-24-73 | Yarn Man 3rd | | 6,408.67 | 6,644.63 |
| Tommy F. Roberts | W | M | 9th Grade | Lap Hauler 2nd Shift | | 6-15-73 | Can Pusher 2nd | | - | 2,079.66 |
| Lee Roy Featherston | W | M | | Card Tender 2nd Shift | | 7-16-73 | Card Tender 2nd | | - | 2,782.25 |
| Walter L. Smith | W | M | | Utility Man 1st Shift | | 7-17-73 | Utility Man 1st | | - | 2,587.71 |
| Joel Gerome Jeffries | B | M | 9th Grade | Lap Hauler(PT) 2nd Shift | 7-30-73 | 7-30-73 | Lap Hauler 2nd(PT) | | - | 1,501.93 |
| James Robert Jones | W | M | 9th Grade | Utility Man 2nd Shift | | 9-13-73 | Yarn Man 2nd | | 1,618.26 | 1,826.05 |
| Dale Lee Sloop | W | M | 10th Grade | Card Tender 1st Shift | | 9-21-73 | Card Tender 2nd | | - | 1,914.47 |
| James O. Hovis | W | M | 12th Grade | Roving Oiler 1st Shift | | 9-25-73 | Card Tender 2nd | | - | 1,613.13 |
| Tony Ray Hilton | W | M | 4th Grade | Utility Man 3rd Shift | | 9-26-73 | Utility Man 3rd | | - | 1,582.16 |
| William G. Whitlow | W | M | | Utility Man (PT) 2nd Shift | | 10-19-73 | Spin Doffer 2nd | | - | 686.95 |

Page 14

800

SPUN #2 (Opening Roving Department Service)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rebecca O. Morrison | W | F | 8th Grade | Roving Tender 2nd Shift | | 11-15-73 | Draw Tender 3rd | | 5,720.18 | 6,648.39 |
| Frank R. Williams | W | M | 11th Grade | Picker Tender 2nd Shift | | 11-16-73 | Roving Hauler 2nd | | 90.34 | 862.10 |
| James W. Cudd | W | M | | Lap Hauler 3rd Shift | | 11-23-73 | | | 5,477.09 | 4,673.37 |
| Henry Eugene Turner | W | M | | Utility Man(Temp) 1st Shift | | 12-5-73 | Picker Blender 3rd | | - | 328.52 |
| James W. Mauney | W | M | | Roving Tender 2nd Shift | | 12-11-73 | | | - | 279.88 |
| Kimsey Estell Hall | W | F | | Roving Tender 3rd Shift | | 1-1-74 | | | 1,678.99 | 2,094.86 |
| Charner Green | W | M | 5th Grade | Card Tender 2nd Shift | | 1-1-74 | Can Pusher 3rd | | - | 2,095.69 |
| Daniel R. Jenkins | W | M | 11th Grade | Card Tender 2nd Shift | | 1-8-74 | Card Tender 2nd | | 2,384.68 | 5,260.53 |
| Donald L. Wooten, Jr. | W | M | | Utility Man(PT) 2nd Shift | | 1-9-74 | | | - | - |
| Thomas Hunter Mauney | W | M | | Utility Man 3rd Shift | | 1-29-74 | | | - | - |
| Terry R. Brewer | W | M | | Utility Man(PT) 2nd Shift | | 2-11-74 | | | - | - |
| Gherry Lash Brown | B | M | | Draw Tender 2nd Shift | | 2-19-74 | | | - | - |

SPUN #2 (Spinning Department Service)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Mildred E. Helton | W | F | | Traveler Changer 1st Shift | | 9-1-42 | Roller Picker 1st | | 5,754.98 | 5,351.18 |
| Isabelle C. Hovis | W | F | | Traveler Changer 1st Shift | | 9-1-42 | Spinner 1st | | - | - |
| Pauline H. Williamson | W | F | | Spinner 1st Shift | | 7-1-43 | Spinner 1st | | 5,625.25 | 6,207.19 |
| Eunice P. Phillips | W | F | | Spinner 1st Shift | | 6-30-49 | Creeler Hand 1st | | 7,589.27 | 7,247.93 |
| Helen C. Ingle | W | F | | Spinner 1st Shift | | 3-24-50 | Spinner 3rd | | 6,615.06 | 6,665.91 |
| Paul Ray Conner | W | M | | Spinning Doffer 1st Shift | | 7-31-50 | Doffer 1st | | 8,059.04 | 9,024.95 |
| Ruth Gunter West | W | F | | Spinner 1st Shift | | 7-31-50 | Spinner & Winder 3rd | | 5,946.22 | 9,193.55 |
| Pauline H. Brown | W | F | | Roller Picker 1st Shift | | 4-4-51 | Spinner 3rd | | 5,308.33 | 5,418.08 |
| Ortha G. Watts | W | F | | Spinner 1st Shift | | 4-23-51 | Spinner 2nd | | 5,200.81 | 6,056.76 |
| Louise M. Kirkland | W | F | | Spinner 1st Shift | | 5-28-51 | Spinner 2nd | | 4,772.12 | 6,130.72 |
| Ernest C. Kinley | W | M | 12th Grade | Spinning Doffer 1st Shift | | 2-26-52 | Doffer 2nd | | 9,615.63 | 9,079.12 |
| Lois A. Summey | W | F | | Spinner 1st Shift | | 4-16-53 | Spinner 2nd | | 5,570.70 | 5,886.22 |
| Grace W. Kennedy | W | F | | Spinner 1st Shift | | 7-6-53 | Spinner 2nd | | 5,728.32 | 5,364.43 |
| Mandy H. Homesley | W | | | Spinner 1st Shift | | 7-7-53 | Winder Opr. 3rd | | 6,487.83 | 7,064.13 |
| Jack Hull | W | M | | Spln Sect. Man 1st Shift | | 4-22-54 | Oiler 3rd | | 9,403.54 | 12,444.59 |
| Selwyn B. Perkins | W | M | | Spinner 1st Shift | | 7-13-54 | Spinner 2nd | | 7,647.30 | 8,107.94 |
| Mildred A. Carpenter | W | F | | Spinner 1st Shift | | 9-1-56 | Draw Tender 3rd | | 5,792.68 | 5,773.91 |

Page 16

**SPUN #2** (Spinning Department Service)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|------|------|-----|-----------|--------------|--------------|------------|----------------------|----------|-------------------|------|
| Helen F. Kirkland | W | F | | Spinner 1st Shift | | 1-1-57 | Draw Tender 1st | | 5,560.11 | 4,611.99 |
| Grover West | W | M | | Spinning Doffer 1st Shift | | 8-5-57 | Sweeper 3rd | | 8,583.15 | 8,046.01 |
| Bertha W. Heffner | W | F | | Spinner 3rd Shift | | 6-3-58 | Spinner 2nd | | 5,647.62 | 6,260.28 |
| Ruth S. Caldwell | W | F | | Roller Picker 1st Shift | | 9-24-58 | Spinner 2nd | | 5,630.68 | 6,221.99 |
| Margaret Kate Tallent | W | F | | Spinner 1st Shift | | 6-15-59 | Roll Picker 2nd | | 5,492.10 | 4,511.98 |
| Margie Nantz Ballard | W | F | | Spinner 3rd Shift | | 8-10-59 | Spinner 3rd | | 7,021.73 | 8,185.92 |
| Walter Pinkney Keever | W | M | 7th Grade | Oil & Tape Man 1st Shift | | 7-2-60 | Yarn Man 3rd | | 7,410.16 | 9,509.58 |
| Annie Keener Nantz | W | F | | Roller Picker 3rd Shift | | 6-9-61 | Spinner 3rd | | 4,396.02 | 6,062.15 |
| Ronald C. Smith | W | M | | Spinning Doffer 1st Shift | | 1-1-62 | Doffer Learner 1st | | 6,403.21 | 7,278.82 |
| Lucille M. Dellinger | W | F | | Spinner 2nd Shift | | 5-31-62 | Spinner 2nd | | 5,691.96 | 6,076.89 |
| Betty Jean Richard | W | F | | Spinner 3rd Shift | | 6-4-62 | Spinner 2nd | | 6,486.61 | 7,937.66 |
| Lester Kendall Auten | W | M | 7th Grade | Oil & Tape Man 2nd Shift | | 6-7-62 | Card Tender Learner 2nd | | 5,710.90 | 6,264.21 |
| Hazel Q. Ervin | W | F | 7th Grade | Spinner 2nd Shift | | 6-11-62 | Spinner 2nd | | 5,365.43 | 5,629.96 |
| Herman J. Keever | W | M | 5th Grade | Spinning Doffer 3rd Shift | | 7-14-62 | Doffer 3rd | | 9,419.43 | 11,257.88 |
| Richard T. Payne | W | M | | Section Man 1st Shift | | 8-21-62 | Doffer 2nd | | 10,187.37 | 10,648.21 |
| Audrey Pressley | W | F | | Spinner 2nd Shift | | 11-19-62 | Spinner 2nd | | 4,785.67 | 6,113.26 |
| Rosetta B. Leatherman | W | F | 7th Grade | Spinner 3rd Shift | | 2-15-63 | Spinner 3rd | | 6,929.95 | 5,649.55 |

Page 17

SPUN #2 (Spinning Department Service)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Wanda L. Johnson | W | F | 8th Grade | Spinner 3rd Shift | | 3-28-63 | Spinner 3rd | | 5,546.45 | 5,449.71 |
| Ella Mae Sigmon | W | F | 8th Grade | Spare Hand 2nd Shift | | 5-6-63 | Spinner 2nd | | 5,412.86 | 6,025.27 |
| Billy Joe Lawing | W | M | 9th Grade | Section Man 2nd Shift | | 6-6-63 | Spin Creeler 3rd | | 7,683.46 | 8,302.32 |
| Naomi Cynthia Rayfield | W | F | 9th Grade | Spinner 3rd Shift | | 11-6-64 | Winding 3rd | | 5,540.47 | 5,967.74 |
| Charles M. Satterfield, III | W | M | | Section Man 1st Shift | | 9-1-66 | Twister Tender 2nd | | 8,800.90 | 9,221.99 |
| Lewis Jerry Bowen | W | M | 8th Grade | Spinning Doffer 1st Shift | | 7-10-67 | Spin Doffer 2nd | | 6,349.78 | 7,982.79 |
| Nelda F. Rushing | W | F | | Spinner 2nd Shift | | 7-19-67 | Spinner 2nd | | 4,859.07 | 5,089.69 |
| Ida M. Hamilton | W | F | | Spare Hand 3rd Shift | | 9-18-67 | Spinner 2nd | | 4,310.93 | 4,032.94 |
| Wilma O. Rick | W | F | | Spinner 2nd Shift | | 9-25-67 | | | 7,586.79 | 10,497.99 |
| Delia Faye Fortenberry | W | F | 12th Grade | Spinner 2nd Shift | | 12-14-67 | Winder Opr. 3rd | | 4,471.09 | 5,292.34 |
| Janie Bates | W | F | | Bobbin Stripper 3rd Shift | | 12-18-67 | Comber Tender 3rd | | 6,547.20 | 7,548.73 |
| Geraldine M. Bumgarner | W | F | | Spinner 2nd Shift | | 3-6-68 | Winder Tender 2nd | 3-6-68 | 3,988.80 | 5,710.87 |
| Jetta Doris Bowen | W | F | H. S. | Spinner 2nd Shift | | 5-17-68 | Spinner 2nd | | 4,626.98 | 5,472.49 |
| Nancy Scott | W | F | 9th Grade | Spinner 2nd Shift | | 6-9-69 | Spinner 2nd | | 5,501.48 | 6,031.23 |
| Ruby Gantt | W | F | | Spinner 3rd Shift | | 6-15-70 | | | 5,257.98 | - |
| Barbara McLean | B | F | 12th Grade | Spinner 3rd Shift | 7-6-70 | 7-6-70 | Spinner 3rd | | 5,667.33 | 6,139.47 |
| Billy Steele | W | M | | Roving Hauler 3rd Shift | | 10-1-70 | | Trans. fm. winding | 5,674.54 | 4,848.97 |

Page 18

SPUN #2 (Spinning Department Service)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Ruby W. Hamrick | W | F | 7th Grade | Roller Picker 2nd Shift | | 7-17-72 | Winder Opr. 2nd | 11-27-67 | 5,114.62 | 5,347.61 |
| Donald Wayne Hill | W | M | 8th Grade | Spin Doffer 2nd Shift | | 7-24-72 | Yarn Man 3rd | | 2,576.07 | 7,225.40 |
| Lee Roy Steele (Service) | W | M | | Spin Doffer 3rd Shift | | 9-1-72(T) | | | 6,274.25 | 168.04 |
| Nathan D. Martin | W | M | 12th Grade | Spin Section Man 3rd Shift | | 4-2-73 | Yarn Man 1st | | 3,119.52 | 7,507.31 |
| Orren Coy Soles | W | M | | Spin Section Man 3rd Shift | | 4-4-73 | Yarn Man 3rd | | 2,785.11 | 8,764.32 |
| Susie G. Cherry | W | F | | Spinner 2nd Shift | | 4-6-73 | Spinner 2nd | | - | 3,566.90 |
| Anita C. Morrison | W | F | 11th Grade | Spinner 3rd Shift | | 4-27-73 | Bobbin Stripper 2nd | | 331.23 | 4,054.62 |
| Robert Allen Cudd | W | M | 11th Grade | Spin Doffer(PT) 2nd Shift | | 5-15-73 | Roving Hauler (PT) | | 562.33 | 3,772.06 |
| Edward F. Rogers | W | M | | Spin Doffer 2nd Shift | | 5-29-73 | Learner Spin Doffer 2nd | | 6,821.13 | 6,743.52 |
| Kenneth M. Rogers | W | M | | Spinner 2nd Shift | | 5-29-73 | Twister Tender 2nd | | 3,217.32 | 4,963.47 |
| Lizzie Mae Williams | W | F | 6th Grade | Spinner 2nd Shift | | 6-12-73 | Roller Picker 2nd | | - | 4,285.09 |
| Audrey P. Keever | W | F | 11th Grade | Spinner 2nd Shift | | 8-6-73 | Winder Learner 2nd | | - | 3,689.93 |
| Rebecca J. Morrison | W | F | 8th Grade | Roller Picker 2nd Shift | | 8-6-73 | Roller Picker 2nd | | - | 2,390.95 |
| Floyd E. Baily, Jr. | W | M | 11th Grade | Roving Hauler 1st Shift | | 8-23-73 | Roving Hauler 1st | | - | 1,940.33 |
| Melodie Kay Sain | W | F | 11th Grade | Roller Picker 2nd Shift | | 8-27-73 | Winder Tender 2nd | 8-27-73 | - | 1,384.02 |
| Kenneth D. Black | W | M | | Spin Doffer(PT) 2nd Shift | | 9-18-73 | | | - | 791.27 |
| Lewis B. Bowen, Jr. | W | M | | Spinning Doffer 3rd Shift | | 10-3-73 | Spinning Doffer | | 5,611.28 | 2,251.72 |

SPUN #2 (Spinning Department Service)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Gary L. Rushing | W | M | | Spinning Doffer 3rd Shift | | 10-3-73 | Utility Man | | 5,484.18 | 3,772.51 |
| Mary M. Bown | W | F | | Spinner 3rd Shift | | 10-8-73 | Skein Winder Learner | 10-8-73 | - | 3,057.52 |
| Brian Ray Abernathy | W | M | | Oil & Tape 2nd Shift | | 10-31-73(4 Hr.) | Oil & Tape Man 2nd | | - | 458.04 |
| Bobby W. Christopher | W | M | 10th Grade | Oil & Tape 2nd Shift | | 10-31-73(4 Hr.) | Utility Man 2nd | | - | 478.98 |
| Gary H. Fortenberry | W | M | | Spinning Doffer 2nd Shift | | 11-15-73 | | | - | 4,067.41 |
| Tommy Dean Wooten | W | M | | Oil & Tape Man 3rd Shift | | 12-18-73 | | | 1,333.19 | 125.01 |
| Jo Anne Harrison | W | F | | Spinner 3rd Shift | | 1-1-74 | Spinner 2nd | | 2,472.76 | 5,977.16 |
| Joe Calvin Nolen | W | M | | Spin Doffer 3rd Shift | | 1-14-74 | | | 1,389.83 | 1,579.07 |
| Danny Joe Oates | W | M | | Oil & Tape 3rd Shift | | 1-16-74 | | | - | - |
| Thomas J. Owens | W | M | | Spin Doffer 2nd Shift | | 1-16-74 | | | - | - |
| Donald K. Fisher | W | M | | Roving Hauler 2nd Shift | | 1-15-74 | | | - | 416.58 |
| Ronald D. Jenkins | W | M | | Spin Doffer 3rd Shift | | 1-21-74 | | | - | 1,919.05 |
| Roger S. Kale | W | M | | Spin Doffer(PT) 2nd Shift | | 2-4-74 | | | - | - |
| John S. Morgan | W | M | | Roving Hauler 3rd Shift | | 2-6-74 | | | - | 365.75 |

SPUN #2 (Winding Department Seniority Roster)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Florence W. Derr | W | F | | Winder Tender 1st Shift | | 7-1-1919 | Winder Tender 1st | | 7,303.37 | 2,808.43 |
| William B. Stone | W | M | 10th Grade | Warper Tender 2nd Shift | | 3-1-38 | Warper Tender 1st | | 5,670.79 | 6,245.20 |
| Willie Bates | W | M | | Warper Tender 3rd Shift | | 3-1-42 | Warper Tender 3rd | | 5,670.79 | 6,206.76 |
| Zelma Merle Bentley | W | F | | Auto-Coner 1st Shift | | 6-1-42 | Spooler Opr. 1st | | 6,444.56 | 7,105.50 |
| Charles Brown | W | M | | Packer 1st Shift | | 2-1-46 | Head Packer 1st | | 5,720.55 | 6,253.52 |
| Lonia Inez Welch | W | F | | Auto-Coner 1st Shift | | 4-1-46 | Winder Opr. 1st | | 5,299.23 | 5,946.89 |
| Lloyd Brown | W | M | | Winder Fixer 1st Shift | | 10-2-46 | Yarn Packer 1st | | 9,179.01 | 13,222.99 |
| Ruby M. Hovis | W | F | | Winder Tender 1st Shift | | 10-7-46 | Winder Opr. 1st | | 7,318.76 | 8,006.70 |
| Alma L. Ottinger | W | F | | Winder Tender 1st Shift | | 10-10-49 | Warper Creeler 2nd | | 6,220.89 | 6,349.06 |
| Paul D. Hovis | W | M | | Yarn Packer 1st Shift | | 6-8-50 | Warp Tender 2nd | | 5,895.14 | 6,262.88 |
| Jack Schronce | W | M | | Section Man 1st Shift | | 6-1-52 | Foreman Fixer 3rd | | 7,927.97 | 8,599.92 |
| Mary S. Kenner | W | F | | Winder Tender 1st Shift | | 6-22-53 | Winder Opr. 3rd | | 6,368.69 | 6,765.18 |
| Ruth S. Dellinger | W | F | | Abbott Tender 1st Shift | | 8-17-53 | Winder Opr. 2nd | | 6,102.92 | 6,946.18 |
| Grady L. Helms | W | M | | Yarn Packer 1st Shift | | 1-1-55 | Roving Hauler & Sweeper 3rd | | 5,717.83 | 6,034.17 |
| Julia Abernathy | W | F | | Warper Creeler 1st Shift | | 2-10-55 | Winder Opr. 2nd | | 5,839.22 | 6,154.37 |
| Novella Haney Sisk | W | F | 5th Grade | Warper Creeler 1st Shift | | 6-21-56 | Winder Opr. 3rd | | | |
| Madeline N. Fox | W | F | | Warper Creeler 1st Shift | | 6-2-57 | Winder Opr. 3rd | | 6,975.05 | 8,325.77 |

**SPUN #2 (Winding Department Seniority Roster)**

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Sherman Vickers | W | M | 9th Grade | Yarn Man 3rd Shift | 3-2-59 | | Yarn Man 3rd | | 5,850.47 | 5,840.32 |
| Betty G. Oates | W | F | | Winder Tender 3rd Shift | 6-6-59 | | Winder Learner 3rd | | 6,646.87 | 7,400.75 |
| Robert C. Abernathy | W | M | 9th Grade | Yarn Man 1st Shift | 4-7-60 | | Yarn Man 2nd | | 5,532.98 | 5,880.06 |
| Joseph C. Rudisill | W | M | | Winder Fixer 1st Shift | 6-30-60 | | Spin Sect. 3rd | | 9,867.60 | 9,176.78 |
| Floyd B. Stone | W | M | | Yarn Packer 1st Shift | 4-10-61 | | Warper Tender 2nd | | 5,817.64 | 6,276.95 |
| Christine S. Watts | W | F | | Auto-Coner 1st Shift | 12-4-61 | | Winder 3rd | | 8,948.74 | 8,785.80 |
| Mildred E. Keever | W | F | 12th Grade | Winder Tender 3rd Shift | 6-25-62 | | Winder Opr. 3rd | | 6,651.59 | 7,476.20 |
| Daniel S. Armstrong | W | M | 12th Grade | Head Packer 1st Shift | 7-2-62 | | Head Packer 1st | | 6,529.84 | 6,971.23 |
| Helen L. Shields | W | F | | Auto-Coner 2nd Shift | 7-20-62 | | Winder Opr. 3rd | | 5,781.24 | 5,362.02 |
| Minnie McConnell | W | F | | Auto-Coner 2nd Shift | 7-30-62 | | Winder Opr. 2nd | | 5,220.05 | 5,586.34 |
| Jewell T. Ottinger | W | F | 7th Grade | Yarn Man 1st Shift | 8-23-62 | | Erecting Machine 1st | | 5,737.22 | 6,387.39 |
| Geraldine W. Cloninger | W | F | 9th Grade | Winder Tender 3rd Shift | 3-27-63 | | Winder 2nd | | 7,017.78 | 7,438.71 |
| Clara B. Gibson | W | F | | Auto Coner 2nd Shift | 10-28-63 | | | | - | |
| Mary E. Lineberger | W | F | | Winder Tender 2nd Shift | 7-16-64 | | | | 6,238.20 | 5,849.40 |
| Faye R. Clippard | W | F | 12th Grade | Winder Tender 2nd Shift | 8-27-64 | | Winder Opr. 2nd | | 7,149.74 | 7,247.96 |
| Eulene Wilkinson | W | F | 7th Grade | Winder Tender 2nd Shift | 9-8-64 | | Winder 2nd | | 7,204.77 | 9,388.60 |
| Lena B. Jones | W | F | 8th Grade | Winder Tender 2nd Shift | 3-24-65 | | Winder Opr. 2nd | | 4,698.25 | 4,231.73 |

Page 22

SPUN #2 (Winding Department Seniority Roster)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|------|------|-----|-----------|--------------|--------------|------------|----------------------|----------|-------------------|------|
| Mary S. Wall | W | F | | Winder Tender 2nd Shift | | 8-30-65 | Winder 2nd | | 5,370.52 | 6,361.15 |
| Lois Musselwhite | W | F | 7th Grade | Winder Tender 3rd Shift | | 10-20-65 | Winder 2nd | | 9,300.83 | 12,187.15 |
| Yvonne Keever | W | F | 10th Grade | Winder Tender 3rd Shift | | 6-1-67 | Winder Opr. 2nd | | 6,872.44 | 7,468.35 |
| Ellie Smith | W | F | 8th Grade | Auto-Coner 2nd Shift | | 7-24-67 | C. Winder 3rd | | 7,067.69 | 8,225.80 |
| Tony A. McConnell(Service) | W | M | | Yarn Man 1st Shift | | 11-30-67 | | | | |
| Azalee Huss | W | F | | Roto/Coner 3rd Shift | | 4-21-69 | Winder Hand 1st | | 5,486.90 | 7,968.01 |
| Yates McConnell | W | M | | Yarn Man 1st Shift | | 4-26-69 | Oil & Tape Man 2nd | | 6,048.45 | 6,558.44 |
| Charles M. Satterfield | W | M | 12th Grade | Winder Fixer 3rd Shift | | 4-27-70 | Twister Tender 2nd | | 8,902.96 | 9,245.90 |
| John Henry Rose | W | M | 9th Grade | Section Man 2nd Shift | | 7-12-72 | | | 2,822.57 | 6,992.86 |
| Charles T. Black, Jr. | W | M | 10th Grade | Yarn Man 2nd Shift | | 7-18-72 | Yarn Man 2nd | | 1,859.69 | 4,057.27 |
| James W. Abernathy | W | M | | Yarn Man 2nd Shift | | 10-6-72 | Yarn Man 2nd | | 930.50 | 80.17 |
| Ronald Kirkland | W | M | 10th Grade | Yarn Man(PT) 2nd Shift | | 11-6-72 | Can Pusher 2nd | | 1,290.15 | 4,620.57 |
| Dedra A. Blake | W | F | 12th Grade | Auto Coner Opr. 3rd Shift | | 2-1-73 | A/C/ Opr. 3rd | | | 5,658.30 |
| Glen Malcolm Robinson | W | M | 10th Grade | Yarn Man 2nd Shift | | 5-14-73 | Yarn Man 2nd | | | 3,186.60 |
| Teresa E. McKinnish | W | F | 11th Grade | Roto Conor Opr. 3rd Shift | | 5-16-73 | Roto Coner Opr. 3rd | | 1,481.20 | 2,773.74 |
| Gail Warlick King | W | F | 12th Grade | Winder Opr. 2nd Shift | | 5-11-73 | R/C/ Opr. 2nd | | 1,602.98 | 5,921.32 |
| Herman A. Ottinger | W | M | 9th Grade | Yarn Man 1st Shift | | 8-14-73 | Yarn Man 2nd | | 2,228.20 | 2,328.20 |

808

Page 23

SPUN #2 (Winding Department Seniority Roster)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Geneva H. Oates | W | F | 11th Grade | Roto Coner Opr. 3rd Shift | | 8-14-73 | Winder Opr. 3rd | | - | 2,836.27 |
| Clara N. Jones | W | F | 9th Grade | Roto Coner Opr. 3rd Shift | | 8-20-73 | Winder 2nd | | 6,078.01 | 3,830.17 |
| Bobbie Jo Wynn | W | F | 10th Grade | Roto Coner Opr. 3rd Shift | | 8-21-73 | Skein Winder 3rd | | 7,366.68 | 8,837.58 |
| Jerry Ray Chastain | W | M | | Roving Tender 3rd Shift | | 9-6-73 | Utility Man | | 866.92 | 6,977.46 |
| Linda W. Black | W | F | 12th Grade | Winder Tender 2nd Shift | | 9-12-73 | Winder Tender 2nd | | - | 1,508.26 |
| Barbara L. Smith | W | F | 12th Grade | Roto Coner Opr. 3rd Shift | | 9-19-73 | Roto Coner Opr. 3rd | | - | 2,550.53 |
| Mignol Arlene Heffner | W | F | 12th Grade | Roto Coner Opr. 3rd Shift | | 10-4-73 | Roto Coner Opr. 3rd | | - | 1,145.23 |
| Stephen Lee Rogers | W | M | 9th Grade | Yarn Man 3rd Shift | | 10-21-73 | Yarn Man 3rd | | - | 1,125.02 |
| William Lee Stone | W | M | 10th Grade | Yarn Man(PT) 2nd Shift | | 11-13-73 | Warper Tender 2nd | | - | 1,571.97 |
| Stephen D. Earney | W | M | | Yarn Man 2nd Shift | | 1-22-74 | | | - | |
| Lester E. Lowe | W | M | | Yarn Man 2nd Shift | | 1-21-74 | | | - | 3,717.03 |
| Ronald Lee Sanders | (B) | M | | Yarn Man 3rd Shift | | 1-25-74 | | | - | |
| Marylene D. Wooten | W | F | | Winder Opr. 3rd Shift | | 2-6-74 | | | 958.51 | |
| Joel David Rolen | W | M | | Yarn Man 3rd Shift | | 2-7-74 | | | - | |
| Clyde Hicks | W | M | | Yarn Man 3rd Shift | | 2-20-74 | | | - | 821.79 |

Page 24

SPUN #2 (General Plant)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|------|------|-----|-----------|--------------|--------------|------------|----------------------|----------|-------------------|------|
| Miles E. Abernathy | W | M | | Head Overhauler 1st Shift | | 11-3-47 | Overhauler 1st | | 8,293.46 | 8,981.00 |
| William T. Tannent | W | M | | Overhauler 1st Shift | | 3-16-59 | | | - | - |
| Carl Brown | W | M | | Asst. Overhauler 1st Shift | | 10-29-59 | Tub Tender 1st | | 8,548.37 | 9,447.47 |
| Thad H. Ballard | W | M | | Overhauler 1st Shift | | 2-4-74 | Yarn Man 3rd | | 7,935.39 | 8,472.20 |

810

TURBO (Roving Department)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Clifton Sherrill | W | M | | Staple Section Man 1st Shift | | 1-5-48 | | | 9,064.24 | 10,712.51 |
| Harvey B. Dills | W | M | | Pin Draft Oper. 1st Shift | | 12-14-51 | | | 7,462.03 | 7,758.73 |
| Charlie E. Grigg | W | M | | Stapler Oper. 1st Shift | | 1-29-52 | | | 6,993.18 | 6,761.85 |
| Neil A. Rhyne | W | M | | Pin Draft Fixer 1st Shift | 5-2-47 | 3-17-52 | Roving Man 1st | | 8,565.10 | 9,721.12 |
| Hollis J. Link | W | M | | Draw Tender 1st Shift | | 3-25-52 | | | 7,230.57 | 7,637.85 |
| John S. Hoffman | W | M | | P.D. Sect. Man 3rd Shift | | 5-20-52 | | | 8,322.29 | 9,920.47 |
| James C. Caldwell | W | M | | Roving Tender 1st Shift | | 10-25-54 | Upspin Opr. 3rd | | 11,077.01 | 14,084.16 |
| Edward J. Faulkner | W | M | | Stapler & P.D. Sect. Man 2nd Shift | | 4-5-55 | Roving Tender 2nd | | 8,232.05 | 8,914.87 |
| Hugh Daniel Abernathy | W | M | | Roving Tender 2nd Shift | | 9-30-55 | | | 7,477.52 | 8,438.64 |
| Hazel E. Whitworth | W | F | | Roving Tender 1st Shift | 9-30-57 | 9-21-59 | Roving Tender 3rd | | 8,832.35 | 11,058.57 |
| Jacob Arnold Faulkner | W | M | | Stapler Sect. 2nd Shift | | 11-17-60 | Draw Tender 3rd | | 8,822.59 | 10,747.18 |
| Henry A. Varner | W | M | 5th Grade | Roving Tender 2nd Shift | | 9-16-63 | | | 6,369.20 | 4,923.60 |
| Jesse B. Mills | W | M | | Stapler Opr. 2nd Shift | 11-25-63 | 11-25-63 | Card Tender 2nd | | 7,994.29 | 8,884.33 |
| Loy G. Fortenberry | W | M | 10th Grade | Roving Tender 1st Shift | 11-29-63 | 11-29-63 | Pin Draft Opr. 3rd | | 9,505.60 | 8,924.42 |
| Ronald Franklin Osborne | W | M | | Pin Draft Opr. 1st Shift | 11-31-64 | 7-27-66 | Twister Tender 2nd | | 5,673.17 | 5,660.75 |
| Harlen L. Clemmer | W | M | | Section Man 1nd Shift | | 7-13-67 | Roving Tender 3rd | | 9,462.10 | 11,777.27 |
| James Edward Estes | W | M | 12th Grade | Pin Draft Opr. 3rd Shift | 8-27-61 | 5-30-68 | Yarn Man 3rd | | 8,292.59 | 7,166.03 |

TURBO (Roving Department)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Kenneth B. Garrison | W | M | | Pin Draft Opr. 3rd Shift | 1950 | 8-22-68 | Roving Tender 1st | | 7,904.53 | 9,008.15 |
| Richard A. Justice | W | M | 10th Grade | Turbo Stapler Opr. 2nd Shift | 8-6-68 | 10-7-68 | Sweeper 2nd | | 7,324.81 | 7,002.34 |
| James Edward Reagan | W | M | | Section Man 2nd Shift | 7-11-68 | 11-9-68 | Card Tender | | 8,699.02 | 9,552.46 |
| Troy Gardner | B | M | | Roving Tender 3rd Shift | 8-15-56 | 5-29-71 | Tractor Drive | | 9,035.52 | 9,983.83 |
| Sarah Lindsay Lewis | B | F | 10th Grade | P.D. Opr. 2nd Shift | 4-10-72 | 4-10-72 | P.D. Opr. 3rd | | 3,708.70 | 5,824.69 |
| Ellen W. Kalé | W | F | | P.D. Opr. 3rd Shift | 2-12-73 | 3-7-73 | Skein Opr. | | - | 5,302.12 |
| Jerry Bruce O'Donoghue | W | M | 11th Grade | Con Pusher/ Sweeper 1st Shift | 3-26-69 | 3-29-73 | Yarn Man 2nd | | - | 4,549.24 |
| Lloyd A. O'Donoghue | W | M | 9th Grade | Roving Tender 1st Shift | 6-14-67 | 3-29-73 | Yarn Man 1st | | - | 6,036.24 |
| Rickey McCorkle | B | M | 10th Grade | Turbo Opr. 2nd Shift | 5-11-73 | 5-11-73 | Turbo Opr. 2nd | | - | 2,016.08 |
| James Edward Rose | W | M | 12th Grade | Roving Tender 2nd Shift | | 7-17-73 | | | - | 4,614.26 |
| Sylvia Boothe Mort | W | F | 10th Grade | P.D. Opr. 3rd Shift | 10-2-72 | 7-23-73 | P.D. Opr. | | 1,188.25 | 3,529.32 |
| Floyd Kevin Viers | W | M | 10th Grade | Turbo Opr. 2nd Shift | | 8-22-73 | Turbo Opr. 2nd | | - | 2,490.87 |
| Randy David Stilwell | W | M | 10th Grade | Turbo Opr. 2nd Shift | | 8-22-73 | | | - | 2,207.92 |
| Kyle Frank Howell | W | M | 10th Grade | P.D. Opr. 2nd Shift | 10-31-72 | 9-19-73 | Bobbin Stripper 2nd | | 620.73 | 3,488.42 |
| Jeffrey John Graska | W | M | 11th Grade | P.D. Opr. 2nd Shift | | 10-1-73 | | | - | 1,441.53 |
| David M. Blakely | W | M | 10th Grade | P.D. Opr. 3rd Shift | | 10-10-73 | | | - | 1,288.61 |
| Dennis A. Osborne | W | M | 10th Grade | Roving Tender 2nd Shift | 6-3-69 | 10-22-73 | Yarn Man 2nd | | - | 1,562.73 |

Page 27

**TURBO (Roving Department)**

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | GROSS SALARY 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| John H. Petty | W | M | | Turbo Opr. 2nd Shift | | 10-22-73 | | | | 1,169.62 |
| John Henry Hill, Jr. | B | M | 8th Grade | Can Pusher/ Sweeper 3rd Shift | | 11-20-73 | | | - | 448.56 |
| Robert Carl Shelton | W | M | | Roving Tender 3rd Shift | | 11-21-73 | | | - | 460.71 |
| Barbara Y. Dellinger | W | F | | P.D. Opr. 3rd Shift | | 11-28-73 | | | - | 346.99 |
| Martin E. Anderson, Jr. | W | M | | Turbo Opr. 3rd Shift | | 1-8-74 | | | 806.56 | - |
| Ronald J. McElveen | W | M | | P.D. Opr. 3rd Shift | | 1-10-74 | | | 179.60 | 186.35 |
| Johnny W. Dellinger | W | M | | Roving Tender 3rd Shift | | 1-23-74 | | | - | - |
| Barry W. Howard | W | M | | Draw Tender 3rd Shift | | 2-4-74 | | | - | 131.28 |
| H. Wayne Gregory | W | M | | Draw Tender 3rd Shift | | 2-11-74 | | | - | - |
| Douglas Fred Parker | W | M | 8th Grade | Turbo Opr. 3rd Shift | 12-28-71 | 2-12-74 | P.D. Opr./Can Pusher 2nd | | 8,454.25 | 9,846.1 |
| Mark E. Bridges | W | M | | Pin Draft Opr. 2nd Shift | | 2-12-74 | | | - | - |

814

TURBO (Spinning Department)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Grace Wilson | W | F | | Spinner 1st Shift | | 8-27-45 | | | 5,669.08 | 6,386.50 |
| Pearl D. Helms | W | F | | Spinner 1st Shift | | 1-2-48 | | | 5,397.57 | 6,298.59 |
| Stella Mae Kirkland | W | F | | Spinner 1st Shift | | 1-30-48 | | | 8,844.15 | 9,244.79 |
| Robert N. Lineberger | W | M | | Section Man 1st Shift | | 3-26-48 | | | 11,176.33 | 10,640.82 |
| Oklamae Reel | W | F | | Spinner 1st Shift | | 4-5-48 | | | 6,401.12 | 7,816.24 |
| Macie B. Wilkinson | W | F | | Spinner 1st Shift | | 4-30-48 | | | 6,163.68 | 6,040.49 |
| Gwendolyn Helms | W | F | | Spinner 1st Shift | | 5-1-48 | Spinner | | 4,813.34 | 6,209.30 |
| Martha B. Conner | W | F | | Spinner 1st Shift | | 5-28-48 | | | 5,931.90 | 7,044.45 |
| Laura C. Bowen | W | F | | Tube Cleaner 1st Shift | | 5-11-49 | Spinner | | 4,813.34 | 6,209.30 |
| Edith S. Schronce | W | F | | Spinner 3rd Shift | | 7-13-49 | Spinner | | 5,393.71 | - |
| Helen L. Mauney | W | F | | Spinner 1st Shift | 7-16-48 | 11-21-49 | Spinner 1st | | 4,302.41 | 6,921.08 |
| Mable Ruth Fisher | W | F | | Spinner 1st Shift | | 1-9-50 | Spinner | | 5,286.33 | 5,084.07 |
| Mary H. Cannon | W | F | | Spinner 1st Shift | | 1-20-50 | Spinner | | 5,006.61 | 6,040.55 |
| Alva H. Walker | W | F | | Spinner 1st Shift | | 10-15-51 | | | 5,088.33 | 5,892.52 |
| Cora A. Sherrill | W | F | | Creel Changer 1st Shift | 1-13-51 | 10-29-51 | Spinner 1st | | 5,178.52 | 6,367.26 |
| Genevieve H. Moore | W | F | | Spinner 2nd Shift | 8-16-49 | 11-19-51 | Spinner | | 3,926.94 | 6,025.17 |
| Irene E. Rudisill | W | F | | Spinner 2nd Shift | 6-7-48 | 3-6-53 | Spinner Learner 2nd | | 5,142.47 | 5,694.86 |

TURBO (Spinning Department)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Dorothy H. Morris | W | F | | Spinner 2nd Shift | 2-19-48 | 3-13-53 | Spinner Learner 2nd | | 5,295.62 | 6,007.77 |
| Eusbeay H. Hovis | W | F | | Spinner 2nd Shift | | 7-1-53 | | | 5,175.53 | 5,927.62 |
| Lewis Yates Stroupe | W | M | | Spinning Doffer 1st Shift | 5-16-55 | 6-20-55 | Oiler 3rd | | 6,796.07 | 8,791.71 |
| Raymond Osborne | W | M | | Oil & Tape 2nd Shift | 4-14-48 | 7-12-55 | Spinner Doffer 2nd | | 9,496.91 | 8,126.62 |
| Ruth Palmer Lineberger | W | F | | Spinner 2nd Shift | | 3-31-58 | | | 5,360.09 | 7,221.55 |
| Joyce L. McGinnis | W | F | | Spinner 3rd Shift | | 1-5-60 | | | 5,924.69 | 6,760.02 |
| Brice R. Whitesides | W | M | 10th Grade | Spinner 3rd Shift | | 4-19-60 | | | 5,556.34 | 8,891.89 |
| Lillie Mae Herron | W | F | | Spinner 2nd Shift | 10-27-58 | 8-1-60 | Spinner 3rd | | 4,379.50 | 5,841.51 |
| Mae Bell Glenn | W | F | 12th Grade | Tube Changer 2nd Shift | 5-19-60 | 11-9-61 | Spinner Learner 2nd | | 6,725.13 | 10,620.82 |
| Glenn F. Smith | W | M | | Section Man 3rd Shift | 2-6-61 | 6-1-62 | Roving Tender 3rd | | 7,294.29 | 8,702.89 |
| Frank J. Perkins | W | M | | Oil & Tape 1st Shift | 3-21-60 | 6-29-62 | Twister Tender 3rd | | 3,394.85 | 6,228.13 |
| Jerry W. Loftin | W | M | 10th Grade | Section Man 2nd Shift | 6-23-60 | 6-6-63 | Pin Draft Learn | | 9,511.59 | 11,457.64 |
| Ida Nadine Osborne | W | F | | Spinner 2nd Shift | | 11-16-73 | | | - | 1,002.65 |
| Ralph Lee Brown | W | M | | Oil & Tape 3rd Shift | | 11-19-73 | | | 4,466.33 | 5,418.08 |
| Billy Ray Ford | W | M | | Spin Doffer 3rd Shift | | 11-28-73 | | | - | 372.02 |
| Shawn P. Graska | W | M | | Roving Hauler 2nd Shift | | 12-26-73 | | | - | - |
| Tommy Lewis Clemmer | W | M | 10th Grade | Spinning Doffer 2nd Shift | 4-17-70 | 1-1-74 | Roving Hauler 2nd | | 1,887.62 | 1,429.67 |

Page 30

TURBO (Spinning Department)

816

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Frank D. Howell | W | M | | Spinning Doffer 1st Shift | 11-20-60 | 1-9-74 | Twister Tender 3rd | | 1,629.67 | 6,286.69 |
| Billy Keith Webb | W | M | | Roving Hauler 2nd Shift | | 1-14-74 | | | - | 1,552.05 |
| John Henry Benfield | W | M | | Spinning Doffer 2nd Shift | | 1-16-74 | | | 1,669.47 | 2,096.81 |
| Jean Herrin Gregory | W | F | | Spinner 3rd Shift | | 1-28-74 | | | - | - |
| Mae Fish | W | F | | Spinner (Temp) 1st Shift | 8-7-72 | 2-18-74 | Spinner 2nd | | 1,617.00 | 2,075.78 |

Page 31

TURBO (Worsted Winding Department Seniority Roster)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Lola M. Ballard | W | F | | Reel Operator 1st Shift | | 6-1-41 | | | 6,855.12 | 7,235.58 |
| Mildred K. Howard | W | F | | Auto-Coner 1st Shift | | 4-29-42 | | | 6,812.13 | 8,161.76 |
| James O. Mauney | W | M | | Fixer 1st Shift | | 1-1-43 | | | 7,495.65 | 8,833.03 |
| Myrtle S. Armstrong | W | F | | Double 1st Shift | | 6-16-43 | | | 5,146.16 | 5,672.83 |
| Ella M. McGinnis | W | F | | Winder Tender 1st Shift | | 1-19-43 | | | 7,103.53 | 8,820.64 |
| Theresa Joy | W | F | | Winder Tender 1st Shift | | 9-18-45 | | | 6,719.41 | 7,060.01 |
| Tennyson Hovis | W | M | | Packer 2nd Shift | | 11-12-45 | | | 5,200.62 | 6,515.66 |
| Ancil P. Glenn | W | M | | Section Man 1st Shift | | 12-10-45 | | | 8,350.39 | 10,126.15 |
| Willie Mae Hovis | W | F | | Winder Tender 1st Shift | | 3-12-46 | | | 5,162.96 | 6,661.25 |
| Louise McG. Stephens | W | F | | Winder Tender 1st Shift | | 1946 | | | 6,261.03 | 5,251.41 |
| Phyllis B. Cannon | W | F | | Winder Tender 1st Shift | | 9-27-47 | | | 6,176.68 | 7,054.31 |
| Beulah Webb Guerin | W | F | | Winder Tender 1st Shift | | 1-19-48 | | | 5,261.03 | 5,251.41 |
| May H. Cloninger | W | F | | Winder Tender 1st Shift | | 2-5-48 | | | 5,726.33 | 6,739.10 |
| Clara C. Crouse | W | F | | Labeler Up. 1st Shift | | 2-24-48 | | | 5,619.82 | 6,239.74 |
| Perry F. Shelton | W | M | | Skein Winder 1st Shift | | 3-19-48 | | | 7,187.14 | 6,551.23 |
| Doris E. Lowe | W | F | | Packer 1st Shift | | 9-13-48 | | | 6,876.25 | 7,862.54 |
| Olin George Moore | W | M | | Reel Sect. Man 1st Shift | 7-23-47 | 9-18-50 | Sweeper/Oiler 3rd | | 8,034.11 | 9,076.78 |

Page 32

818

.TURBO (Worsted Winding Department Seniority Roster)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Ruth A. Cloninger | W | F | | Yarn Service 1st Shift | | 1-30-52 | | | 6,585.77 | 7,613.72 |
| Hall M. Morris | W | M | | Section Man 1st Shift | 12-8-47 | 2-2-52 | Window Clerk 1st | | 8,407.73 | 9,531.56 |
| Louzanie B. Lowe | W | F | | Reel Operator 1st Shift | 6-7-48 | 5-12-52 | Cone Winding Opr. 2nd | | 6,009.45 | 6,531.29 |
| Bertha T. McClure | W | F | | Auto-Coner 2nd Shift | | 7-16-52 | | | 6,697.65 | 7,707.90 |
| Gladys Lowe | W | F | | Winder Tender 1st Shift | 2-9-48 | 6-16-52 | Cone Winding Opr. | | 5,098.40 | 6,565.23 |
| Beulah I. Homesley | W | F | | Winder Tender 1st Shift | | 7-24-52 | | | 6,948.07 | 8,134.89 |
| Jane C. Garrison | W | F | | Winder Tender 3rd Shift | | 10-29-52 | | | 6,288.02 | 6,770.48 |
| Robert L. Ingle, Jr. | W | M | | Head Packer 1st Shift | 4-17-51 | 6-5-53 | Yarn Man 2nd | | 9,544.70 | 11,582.69 |
| Josephine L. Hooper | W | F | | Winder Opr. 1st Shift | 6-23-53 | 6-23-53 | Winder Opr. 3rd | | 4,068.62 | 3,067.24 |
| Nell L. Sisk | W | F | | Packer 1st Shift | 4-3-47 | 11-11-54 | Conewinding 1st | | 5,464.84 | 5,808.54 |
| Edna B. Caldwell | W | F | | Winder Tender 1st Shift | 5-6-55 | 5-6-55 | Winder Opr. 3rd | | 5,320.52 | 5,252.32 |
| Clarence A. Smith | W | M | | Packer 1st Shift | 7-11-55 | 7-11-55 | | | 6,164.04 | 6,487.98 |
| Gladys E. Lawing | W | F | | Reel Opr. 1st Shift | 8-22-55 | 8-22-55 | | | 7,531.43 | 8,198.45 |
| Johnnie L. Ingle | W | F | | Skein Winder 1st Shift | 5-14-56 | 5-14-56 | | | 7,559.09 | 7,550.85 |
| Schlaster S. Faulkner | W | | | Winder Tender 2nd Shift | 5-16-56 | 5-16-56 | Winder 2nd | | 6,054.88 | 6,901.11 |
| Mary A. McConnell | W | F | | Reel Operator 1st Shift | 10-24-56 | 4-21-58 | Winder Opr. | | 6,511.39 | 6,328.43 |
| Genora McG. Abernathy | W | F | | Reel Operator 1st Shift | | 4-21-58 | | | 6,789.44 | 7,033.09 |

Page 33

TURBO (Worsted Winding Department Seniority Roster)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Blanch B. Dixon | W | F | | Skein Winder Tender 1st Shift | 8-20-58 | 11-3-58 | Winder 3rd | | 5,974.68 | 7,520.89 |
| Martha H. Land | W | F | | Skein Winder 1st Shift | 11-12-58 | 11-12-58 | Winder 2nd | | 5,061.02 | 6,108.22 |
| Nancy W. Bradshaw | W | F | | Skein Winder 1st Shift | 2-19-59 | 2-19-59 | Winder 2nd | | 7,771.33 | 7,857.58 |
| Ruth Viola Faulkner | W | F | 7th Grade | Spare Hand 2nd Shift | 8-24-59 | 8-24-59 | | | 7,427.24 | 9,135.67 |
| Catherine A. Idol | W | F | 9th Grade | Winder Tender 3rd Shift | 7-23-59 | 2-18-60 | Winder Opr. 3rd | | 5,446.87 | 6,775.22 |
| Billie K. Wilkinson | W | F | | Skein Winder 1st Shift | 4-18-60 | 4-18-60 | Winder Learner 2nd | | 6,855.06 | 7,315.13 |
| Ethel B. Dellinger | W | F | | Skein Winder 1st Shift | 6-13-60 | 6-13-60 | Learner Winder 1st | | 6,088.17 | 5,972.24 |
| Doris Anderson | W | F | | Skein Winder 1st Shift | | 5-4-61 | | | 8,243.35 | 10,053.29 |
| Faye C. Mace | W | F | | Yarn Service 1st Shift | 3-11-60 | 3-30-62 | Winding 3rd | | - | - |
| Ruby M. Waters | W | F | | Reel Operator 1st Shift | 4-2-62 | 4-2-62 | Reel Opr. | | 6,209.25 | 6,348.37 |
| Shirley F. Bradshaw | W | F | | Skein Winder 2nd Shift | 5-10-62 | 5-10-62 | | | 6,077.38 | 7,383.71 |
| James B. Long | W | M | | Section Man 3rd Shift | 10-30-61 | 10-22-62 | Roving Hauler 3rd | | 7,945.71 | 9,567.14 |
| James A. Crowder | W | M | 11th Grade | Yarn Man 1st Shift | 7-13-59 | 9-16-63 | Yarn Man 2nd | | 5,312.68 | 6,144.22 |
| Curtis Allen Hubbard | W | M | | Section Man 2nd Shift | 8-26-58 | 4-6-64 | Spinning Doffer | | 7,767.51 | 9,794.29 |
| Vivian F. Abernathy | W | F | | Skein Winder 1st Shift | | 11-15-65 | | | 6,070.29 | 7,367.07 |
| Nell V. Elders | W | F | 11th Grade | Reel Opr. 1st Shift | 3-7-66 | 3-21-66 | Winder 3rd | | 5,945.49 | 6,456.95 |
| Everett L. Waters | W | M | H.S. & 2 yr. col. | Yarn Man 1st Shift | 3-9-64 | 10-28-66 | Sweeper 3rd | | 5,459.87 | 6,005.66 |

820

TURBO (Worsted Winding Department Seniority Roster)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Becky Shelton | W | F | 11th Grade | Skein Winder 1st Shift | 8-5-66 | 8-10-67 | Skein Winder Learner | | 5,656.58 | 5,836.08 |
| Carrie H. Horne | W | F | 9th Grade | Reel Tender 2nd Shift | 7-25-66 | 11-6-67 | Reel Opr. 2nd | | 5,295.96 | 5,767.00 |
| Judy Queen | W | F | 12th & IBM | Reel Tender 2nd Shift | 2-5-64 | 11-20-67 | Reel Opr. 3rd | | 6,486.72 | - |
| Cecil D. Abernathy | W | M | | Skein Winder 1st Shift | | 3-8-68 | | | 6,361.31 | 6,957.56 |
| Mamie L. Stone | W | F | 12th + College | Auto Coner Tender 2nd Shift | 3-8-62 | 6-15-68 | Winder 2nd | | 5,849.04 | 5,623.80 |
| Jo Ann Nantz | W | F | 11th Grade | Skein Winder 1st Shift | 7-9-68 | 7-9-68 | | | 3,342.41 | 7,029.49 |
| Ethel H. Hovis | W | F | 10th Grade | Reel Tender 2nd Shift | 2-4-64 | 8-12-68 | Reel Opr. 3rd | | 6,026.77 | 6,761.22 |
| Lillian H. Sain | W | F | 12th Grade | Winder Tender 1st Shift | 10-3-68 | 10-3-68 | | | 6,270.98 | 7,151.19 |
| Jackie W. Nantz | W | F | | Skein Winder 2nd Shift | 12-2-68 | 12-2-68 | | | 4,588.59 | 6,577.79 |
| Margie N. Smith | W | F | | Roto-Coner 2nd Shift | 2-14-69 | 2-14-69 | | | 5,274.28 | 7,044.65 |
| Virgie C. Woody | W | F | 10th Grade | Skein Winder 2nd Shift | 6-16-69 | 6-16-69 | | | 5,681.63 | 6,214.04 |
| Mamie McAllster | W | F | | Winder Tender 3rd Shift | 3-22-68 | 10-31-69 | Skein Winder 3rd | | 4,903.42 | 5,627.21 |
| Doris N. Handsel | W | F | 12th Grade | Roto-Coner Tender 3rd Shift | 7-30-70 | 7-30-70 | | | 5,872.27 | 6,581.26 |
| Willie Lee Homesley | W | M | | Yarn Man 3rd Shift | 3-11-60 | 11-25-71 | Skein Winder 2nd | | 5,736.76 | 6,005.38 |
| Bonnie B. Hovis | W | F | | Winder Opr. 3rd Shift | 5-2-62 | 11-26-71 | Skein Winder 1st | | 6,011.71 | 6,889.42 |
| Betty A. Spargo | W | F | | Skein Opr. 2nd Shift | 2-27-62 | 1-3-72 | Skein Winder Tender | | 5,676.52 | 3,585.32 |
| Joyce Faye Hicks | W | F | 9th Grade | Reel Tender 2nd Shift | 8-25-65 | 2-14-72 | Winder 2nd | | 4,519.04 | 7,001.54 |

TURBO (Worsted Winding Department Seniority Roster)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Shirley J. Adams | W | F | | Yarn Man 1st Shift | | 3-20-72 | | | 4,233.89 | 6,436.99 |
| Rose Eva Hamby | W | F | 6th Grade | Reel Tender 2nd Shift | 5-8-72 | 5-8-72 | | | 2,892.51 | 4,453.81 |
| Linda H. Clark | W | F | | Reel Tender 3rd Shift | 6-6-72 | 6-6-72 | | | 372.47 | - |
| David W. Sisk | W | M | | Reel Yarn Cond. 1st Shift | 3-22-55 | 7-11-72(T) | Card Rm. Sweeper 3rd | | 5,006.14 | 6,604.49 |
| Freda A. Cross | W | F | 11th Grade | R/C/Opr. 2nd Shift | 3-6-69 | 7-24-72 | Roto Coner 2nd | | 3,771.22 | 5,654.73 |
| Linda L. Aldridge | W | F | | R/C/Opr. 2nd Shift | | 7-24-72 | | | 2,076.64 | 5,831.46 |
| Mary L. Chappell | W | F | | Yarn Man 2nd Shift | 7-31-72 | 7-31-72 | | | 1,779.98 | 5,047.59 |
| Gustine Setzer | W | M | | Reel Tender 3rd Shift | 8-22-72 | 8-22-72 | | | 1,916.78 | 5,821.61 |
| Charles D. Hammack | W | M | | Reel & Skein Sect. Man 3 Shift | 1950 | 8-21-72(T) | | | 12,489.14 | 13,089.46 |
| Phillis A. Abernathy | W | F | | Skein Opr. 2nd Shift | | 8-25-72 | | | 1,709.03 | 6,110.54 |
| Dorothy M. McDowell | B | F | 10th Grade | Winder Opr. 2nd Shift | 8-30-72 | 8-30-72 | Winder Opr. 2nd | | 1,461.70 | 5,433.81 |
| Ralph McGinnis | W | M | | Yarn Man 1st Shift | 9-21-72 | 9-21-72 | Yarn Man 2nd | | 1,286.25 | 6,001.67 |
| Velma B. Rose | W | F | | Skein Opr. 2nd Shift | 9-25-72 | 9-25-72 | | | 1,228.26 | 1,624.44 |
| James A. Carpenter | W | M | | Yarn Man 2nd Shift | 10-17-72 | 10-17-72 | | | 5,611.84 | 903.90 |
| Debra D. Ottinger | W | F | | Skein Opr. 2nd Shift | 4-26-72 | 12-29-72 | Skein Winder Tender 2nd | | - | 3,271.20 |
| Lucy Tate McKinney | W | F | 4th Grade | Skein Opr. 2nd Shift | 7-15-71 | 2-6-73 | Skein Winder Tender 2nd | | 2,770.16 | 4,539.61 |
| Virgil Cody, Jr. | W | M | 11th Grade | Yarn Man 3rd Shift | 2-12-73 | 2-12-73 | | | 5,017.04 | - |

TURBO (Worsted Winding Department Seniority Roster)

822

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Betty C. Carpenter | W | F | 9th Grade | Skein Opr. 3rd Shift | 2-13-73 | 2-13-73 | Skein Opr. 3rd Shift | | 4,626.53 | - |
| Sibyl Bonita Burch | B | F | | Roto Coner Opr. 2nd Shift | 3-23-73 | 3-23-73 | Winder Tender 2nd | | - | - |
| Frances R. Martin | W | F | 11th Grade | Reel Tender 3rd Shift | 4-12-73 | 4-12-73 | Reeling Tender 1st | | - | 3,939.68 |
| Rosemary Woodard | W | F | 11th Grade | Skein Opr. 2nd Shift | 8-2-71 | 4-19-73 | Skein Opr. 2nd | | 1,331.23 | 3,883.67 |
| Jackie Dean Schronce | W | M | 11th Grade | Yarn Man 2nd Shift | 4-23-73 | 4-23-73 | | | - | 2,624.63 |
| Jerry Thomas Quilliams | W | M | 9th Grade | Yarn Man 2nd Shift | 7-20-72 | 5-7-73 | Yarn Man 2nd | | 1,243.37 | - |
| Esther M. Fields | W | F | 8th Grade | Reel Tender 3rd Shift | 5-8-73 | 5-8-73 | Reel Tender 3rd | | - | 2,403.25 |
| Virginia W. Quilliams | W | F | 9th Grade | Roto Coner Opr. 2nd Shift | 5-17-73 | 5-17-73 | | | - | - |
| Betty Sue Howell | W | F | 10th Grade | Roto Coner Opr. 2nd Shift | 6-8-73 | 6-8-73 | Winder Opr. 2nd | | - | 2,658.02 |
| Judy S. Wiley | W | F | H.S. & Bus. Col. | Skein Opr. 2nd Shift | 6-11-73 | 6-11-73 | Skein Winder Tender 2nd | | - | 3,140.58 |
| Barbara C. Haynie | W | F | 10th Grade | Auto Coner Opr. 3rd Shift | 6-19-73 | 6-19-73 | A/C/ Opr. 3rd | | - | 2,857.45 |
| Julia Devito | W | F | 9th Grade | Skein Opr. 3rd Shift | 3-19-73 | 7-16-73 | Skein Opr. 3rd | | - | 3,506.67 |
| Mary Jane Lewis | B | F | 12th Grade | Roto Coner Opr. 3rd Shift | 1-3-72 | 7-17-73 | Winder Tender 3rd | | 4,571.46 | 3,896.85 |
| Evelyn Janette Childers | W | F | 10th Grade | Roto Coner Opr. 3rd Shift | 2-14-73 | 7-23-73 | R/C Opr. | | - | 2,283.17 |
| Billie Jean Hall | W | F | 12th Grade | Yarn Man 3rd Shift | 7-24-73 | 7-24-73 | Reel Tender 3rd | | - | 2,653.71 |
| Wayne Woodard | W | M | 8th Grade | Yarn Man 2nd Shift | 12-28-70 | 7-27-73 | Yarn Man 2nd | | 5,427.84 | 4,584.59 |
| Brenda F. Ballard | W | F | | Skein Opr. 2nd Shift | 7-30-73 | | | | 3,196.95 | 3,768.59 |

TURBO (Worsted Winding Department Seniority Roster)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Billy Glenn Smith | W | M | 10th | Yarn Man 2nd Shift | 10-28-70 | 8-2-73 | Yarn Man 2nd | | 2,124.85 | 5,293.57 |
| Barbara Fay Woody | W | F | | Skein Opr. 2nd Shift | | 8-3-73 | | | 4,039.22 | 6,409.83 |
| Rickey Dale Williams | W | M | 10th | Yarn Man 2nd Shift | 8-20-73 | 8-20-73 | Yarn Man 2nd | | - | 1,104.29 |
| Madeline C. Brewster | W | F | | Reel Tender 3rd Shift | 6-20-68 | 8-22-73 | Winder Tender 3rd | | 2,053.29 | 3,897.90 |
| Lucy L. Lineberger | W | F | 9th | Skein Opr. 3rd Shift | 9-13-62 | 8-23-73 | Skein Winder Learner 2nd | | - | 2,266.44 |
| Debra Lee Philbeck | W | F | 11th | Reel Tender 2nd Shift | 5-11-72 | 9-5-73 | Skein Tender 2nd | | 1,031.44 | 3,884.48 |
| Rhonda G. Huscusson | W | F | 11th | Reel Tender 3rd Shift | 9-10-73 | 9-10-73 | Reel Tender 3rd | | - | 1,421.80 |
| Linda J. Mills | W | F | | Roto Coner Opr. 2nd Shift | 8-25-71 | 10-9-73 | R/C Opr. | | 4,344.12 | 3,960.36 |
| Agnes L. Deckard | W | F | 8th | Skein Opr. 3rd Shift | | 10-17-73 | | | - | 1,124.88 |
| Doris J. Ottinger | W | F | 8th | Roto Coner Opr. 2nd Shift | 12-20-71 | 10-22-73 | Skein Opr. 2nd | | 1,105.54 | 1,028.88 |
| James B. Rogers | W | M | 9th | Steamer Yarn Man 3rd Shift | 10-13-71 | 10-30-73 | Spinning Doffer 2nd | | 2,458.71 | 4,946.10 |
| Deborah A. Thompson | W | F | 8th | Skein Opr. 2nd Shift | | 11-6-73 | | | - | 777.56 |
| Linda L. Nolen | W | F | 11th | Yarn Man 3rd Shift | 11-7-73 | 11-7-73 | Yarn Man 3rd | | - | 720.51 |
| Billie B. Chronister | W | M | | Skein Opr. 2nd Shift | | 11-7-73 | | | 1,667.08 | 2,081.37 |
| Kathie L. Boothe | W | F | | Reel Tender 2nd Shift | | 11-9-73 | | | - | 693.52 |
| Joyce D. Smith | W | F | 9th | Skein Opr. 2nd Shift | | 11-12-73 | | | - | 592.73 |
| Shirley Mae Lineberger | W | F | | Skein Opr. 3rd Shift | | 11-13-73 | | | - | 699.96 |

Page 38

TUREO (Worsted Winding Department Seniority Roster)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Dorothy W. Huffstetler | W | F | | Yarn Man 3rd Shift | | 11-17-73 | | | - | 2,411.79 |
| Mae Stewart Chambers | W | F | | Roto Coner Opr. 2nd Shift | | 11-19-73 | | | - | 400.08 |
| Geraldine E. Eaton | W | F | | Reel Tender 2nd Shift | | 11-23-73 | | | 394.42 | 4,295.16 |
| Barbara Ann Wilkerson | W | F | | Skein Opr. 3rd Shift | | 12-3-73 | | | - | 339.64 |
| Carol Sue Wilkerson | W | F | | Skein Opr. 3rd Shift | | 12-3-73 | | | - | 339.64 |
| Phyllis K. Ross | W | F | | Skein Opr. 2nd Shift | | 12-3-73 | | | 1,434.54 | 6,572.68 |
| Lillian Jane Fulghum | W | F | | Skein Opr. 3rd Shift | | 12-27-73 | | | - | - |
| Bessie Duane Harris | W | F | | Skein Opr. 3rd Shift | | 12-27-73 | | | - | - |
| Harold Patton, Jr. | W | M | | Yarn Man 3rd Shift | | 12-28-73 | | | - | - |
| Judy Ann Mills | W | F | | Roto Coner Opr. 2nd Shift | | 12-31-73 | | | - | 2,432.81 |
| Wayne Crosby | W | M | | Yarn Man 2nd Shift | | 1-1-74 | | | - | - |
| Mary Jane Williamson | W | F | | Reel Tender 2nd Shift | | 1-7-74 | | | - | - |
| Marie C. Morris | W | F | | Reel Tender 3rd Shift | | 1-7-74 | | | - | 579.23 |
| Mildred Mae Terry | W | F | | Reel Tender 3rd Shift | | 1-10-74 | | | - | - |
| Patricia B. Harris | W | F | | Reel Tender 3rd Shift | | 1-10-74 | | | - | - |
| Phyllis M. Sutphin | W | F | | Reel Tender 3rd Shift | | 1-14-74 | | | - | - |
| Pansy Joe Bryson | W | F | | Skein Opr. 3rd Shift | | 1-14-74 | | | - | - |

Page 39

TURBO (Worsted Winding Department Seniority Roster)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Bessie W. Lewis | W | F | | Roto Coner Opr. 3rd Shift | | 1-15-74 | | | - | - |
| Brenda Nolen Walker | W | F | | Roto Coner Opr. 3rd Shift | | 1-16-74 | | | - | - |
| Vaughn L. Harris, II | W | M | | Yarn Man 2nd Shift | | 1-15-74 | | | - | - |
| Ray A. Mitchell | W | M | | Yarn Man 2nd Shift | | 1-16-74 | | | 74.73 | - |
| Elva H. Helderman | W | F | | Skein Opr. 1st Shift | 1954 | 1-17-74 | Warper Creeler 2nd | | 1,658.20 | 2,094.91 |
| Steve K. Hamby | W | M | | Packer 2nd Shift | | 1-21-74 | | | - | - |
| Calvin Thomas Carpenter | W | M | 12th | Yarn Man 1st Shift | 7-19-73 | 1-21-74 | 10-B Yarn Man 2nd | | - | 264.24 |
| Ralph Fulghum | W | M | | Yarn Man 3rd Shift | | 1-21-74 | | | - | 264.24 |
| Murline Hord | W | F | | Skein Opr. 2nd Shift | | 1-23-74 | | | - | 2,258.90 |
| Archie Thomas Ervin, Jr. | W | M | | Yarn Man 3rd Shift | | 1-29-74 | | | - | 1,425.04 |
| Kathryn L. Payne | W | F | | Roto Coner Opr. 2nd Shift | | 1-30-74 | | | 778.29 | - |
| Floyd Kevin Viers | W | M | 10th | Yarn Man 2nd Shift | 8-22-73 | 2-1-74 | Turbo Opr. 2nd | | - | 2,490.87 |
| Anna Sue Baynard | W | F | | Roto Coner Opr. 3rd Shift | | 2-11-74 | | | - | - |
| Shirley Lou Beaty | W | F | | Reel Tender 3rd Shift | | 2-11-74 | | | - | - |
| Oveita D. Rhyne | W | F | | Roto Coner Opr. 2nd Shift | | 2-11-74 | | | 7,488.92 | 2,091.60 |
| Marie P. Abernathy | W | F | | Roto Coner Opr. 3rd Shift | | 2-18-74 | | | - | - |
| Virginia B. Blakely | W | F | | Reel Tender 2nd Shift | | 2-20-74 | | | - | - |

Page 40

826

TURBO (Worsted Winding Department Seniority Roster)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|------|------|-----|-----------|--------------|--------------|------------|---------------------|----------|-------------------|------|
| Shawn G. Nolen | W | M | | Roto Coner Opr. 3rd Shift | | 2-21-74 | | | - | - |
| Yvonne Barr | W | F | | 3rd Shift | | 2-21-74 | | | - | 75.60 |

TURBO (Twisting Department)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| David C. Kincaid | W | M | | Section Man 1st Shift | | 1-1-48 | | | 9,285.72 | - |
| Clyde T. Perkins | W | M | | Twister Tender 1st Shift | 4-11-55 | 4-11-55 | Twister Tender 1st | | 9,040.39 | 8,504.22 |
| Mattie S. Bumgardner | W | F | | Twister Tender 1st Shift | 4-24-55 | 4-24-55 | | | 5,402.50 | — |
| Hazel H. Kennedy | W | F | | Section Man 3rd Shift | | 7-22-55 | | | 9,209.02 | 11,028.15 |
| Kenneth V. Long | W | M | | Twister Tender 1st Shift | | 5-5-56 | | | 5,955.59 | 6,484.77 |
| Claude Lee Brackett | W | M | | Section Man 2nd Shift | | 8-20-58 | | | 10,292.80 | 10,650.87 |
| William P. Howie | W | M | | Twister Fixer 1st Shift | | 10-20-62 | | | 6,432.97 | 7,658.65 |
| Frank W. Spencer | W | M | | Sweeper/Yarn Man 1st Shift | 5-7-60 | 8-1-64 | Twister Tender 2nd | | 6,871.23 | 8,077.34 |
| Jerry M. Woody | W | M | 7th | Twister Tender 2nd Shift | 9-7-66 | 9-12-67 | Yarn Man 2nd | | 7,859.92 | 8,258.81 |
| James Tallent | W | M | 7th | Twister Tender 3rd Shift | 8-18-65 | 2-1-70 | Sweeper 3rd | | 6,930.32 | 8,332.07 |
| Rose Ann Bogrs | W | F | | H & B Tender 3rd Shift | 7-25-66 | 3-15-71 | Reel Learn.3rd | Frm. Winding | 4,777.60 | 5,829.51 |
| John Lewis Johnston | W | M | 10th | 10-B Twister Tender 2nd Shift | 6-26-72 | 6-26-72 | 10-B Twister Tend. 2nd | | 4,168.14 | 8,016.50 |
| George W. Stone | W | M | 10th | 10-B Twister Opr. 3rd Shift | 7-29-59 | 9-18-72 | Twister Tender 3rd | | 2,096.20 | 9,383.55 |
| Herman W. Stephens | W | M | | 10-B Sweeper 1st Shift | 5-1-55 | 10-19-72 | Twister Tender 3rd | | 933.39 | 6,048.65 |
| Lillian L. Steele | W | F | 10th | H & B Twister Opr. 3rd Shift | 8-30-68 | 10-7-72 | (T)Twister Opr. 3rd | | 1,565.41 | 4,855.41 |
| Rosa Lee Reagan | W | F | 8th | H & B Twister Opr. 2nd Shift | 9-3-68 | 12-11-72 | Twister Tender 3rd | | 224.48 | 6,589.55 |
| Mariam L. Walker | W | F | 11th | 10-B Yarn Man 3rd Shift | 3-11-70 | 5-31-73 | Skein Opr. | | 863.87 | 3,850.72 |

TUREO (Twisting Department)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Virgil Lee Griffin | W | M | 7th | 10-B Twister Opr. 2nd Shift | 9-4-73 | 9-4-73 | 10-B Twister Opr. 2nd | | - | 6,194.48 |
| William Jerry Pennell | W | M | 7th | 10-B Twister Opr. 3rd Shift | 9-14-67 | 10-24-73 | Yarn Man 3rd | | - | 2,325.74 |
| Mollie B. Patton | W | F | | H & B Twister Opr. 3rd Shift | | 12-29-73 | | | - | 769.38 |
| Floyd G. Hines, Jr. | W | M | | 10-B Yarn Man 2nd Shift | | 1-24-74 | | | | - |
| Jerry J. Crawford | W | M | | 10-B Operator 3rd Shift | | 2-13-74 | | | 86.09 | - |
| Terry Lowery | W | M | | 10-B Operator 3rd Shift | | 2-21-74 | | | - | 137.95 |
| Vernon R. Chandler | W | M | | 10-B Twister Opr. 2nd Shift | 9-21-73 | 2-21-74 | Roving Tender 2nd | | - | 212.48 |

TURBO (General Plant)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Frederick C. Moore | W | M | | Head Overhauler 1st Shift | 1-5-48 | 1-5-48 | | | 6,850.21 | 7,221.01 |
| Robert Wilkinson, Jr. | W | M | | Overhauler 1st Shift | | 5-22-50 | | | 6,108.89 | 6,676.88 |
| J. D. Garrison | W | M | | Overhauler 1st Shift | | 4-27-59 | | | 6,767.00 | 7,735.55 |
| Logan Nantz | W | M | | Janitor 1st Shift | 3-1-49 | 5-22-69 | Speeder Tender 3rd | | 5,670.29 | 7,365.76 |

Page 44

(Shipping Department Service Roster)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Virgiel McLean | B | M | | Wastehouseman 2nd Shift | 4-21-56 | 4-21-56 | Wastehouseman | | 8,900.23 | 11,875.49 |
| Theados Lemar Paysour | B | M | | Opening Rm, Serviceman 1st Shift | 10-5-59 | 10-5-59 | Laborer 1st | | 4,681.19 | 6,328.96 |
| Robert Costner | B | M | | Shuttle Driver 1st Shift | 10-14-67 | | | | 6,216.43 | 6,168.77 |
| Ray Lewis McDowell | B | M | | Laborer 1st Shift | 1-10-68 | 1-10-68 | Laborer 1st | | 4,276.88 | 4,899.41 |
| Albert McDowell | B | M | | Fork Lift Opr. 1st Shift | 5-11-64 | 3-14-68 | Laborer 1st | | 4,617.93 | 4,206.89 |
| Dillard P. McDowell | B | M | 9th | O.H. Serviceman 1st Shift | 1-6-69 | 1-6-69 | Laborer 1st | | 5,290.37 | 4,903.77 |
| William Andy Lawrence | B | M | | Laborer 1st Shift | 2-12-70 | 2-12-70 | Laborer 1st | | 5,353.78 | 6,100.53 |
| William K. Boggs | W | M | | Laborer(Service) 1st Shift | | 6-2-72(T) | | | 3,208.21 | 5,453.10 |
| Donald C. Holloway | W | M | | Laborer(Service) 1st Shift | | 8-22-72 | | | 319.82 | - |
| Marshall L. McLean | B | M | 11th | O.H. Serviceman 3rd Shift | 3-8-73 | 3-8-73 | O.R. Servicemn.3rd | | - | 4,917.72 |
| Gregory Ernest Chappell | W | M | | O.H. Serviceman 3rd Shift | 7-23-73 | | | | - | 2,349.66 |
| Floyd E. Stallans | W | M | | Laborer 1st Shift | 8-15-73 | | | | - | 3,494.89 |
| Henry D. Byers | B | M | | Laborer 1st Shift | 8-23-73 | | | | - | 1,778.02 |
| Randy Alan Howie | W | M | | Laborer 2nd Shift | 10-31-73 | | | | - | 538.80 |
| Tracy Maxton Withers | W | M | | Laborer(PT) 2nd Shift | 11-5-73 | | | | - | 1,655.07 |
| Raymond L. Skidmore, Jr. | W | M | | Laborer(PT) 2nd Shift | 11-5-73 | | | | - | 1,652.09 |
| Marshall Leon Brown | B | M | | Laborer(Service) 1st Shift | | | | | 2,148.51 | 263.78 |

(Shipping Department Service Roster)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Fred Broome Morris | W | M | | Laborer 2nd Shift | | 11-6-73 | | | 168.57 | 674.74 |
| Samuel Keith Hovis | W | M | | Laborer 1st Shift | | 12-31-73 | | | - | 2,936.97 |
| Richard Mark Slepp | W | M | | Laborer 2nd Shift | | 1-5-74 | | | - | 508.25 |
| Dean-Gilbert Wright | W | M | | Laborer(PT) 2nd Shift | | 1-7-74 | | | 778.71 | 1,266.16 |
| John Arthur McDowell | B | M | | Laborer 1st Shift | | 1-9-74 | | | 339.06 | 315.22 |
| Dewey Vester Helms | W | M | | Laborer 1st Shift | | 1-24-74 | | | 683.84 | 2,521.97 |
| Charles L. Brown | B | M | | O.R. Serviceman 2nd Shift | | 1-28-74 | | | 5,720.55 | 6,253.52 |
| Charles Gardner | B | M | | Laborer 2nd Shift | | 2-4-74 | | | - | - |
| Harold S. Gilbert | W | M | | Laborer 1st Shift | | 2-11-74 | | | 272.90 | - |
| Jerry E. Sherrill | B | M | | Laborer 1st Shift | | 2-14-74 | | | - | 504.87 |

(Shop Length of Service Roster)

| NAME | RACE | SEX | EDUCATION | JOB POSITION | DATE OF HIRE | DEPT. DATE | INITIAL JOB POSITION | TRANSFER | GROSS SALARY 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|
| Luther S. Abernathy | W | M | | Humif. & Refrig. 3rd Class | | 8-22-44 | | | 7,652.87 | 3,481.07 |
| James A. Bradshaw | W | M | | Humif. & Refrig. 2nd Class | | 3-19-47 | | | 8,122.29 | 9,203.63 |
| Theodore R. Powell | W | M | | Humif. & Refrig. 3rd Class | | 2-25-48 | | | 8,939.39 | 9,868.60 |
| Grady C. Jenkins | W | M | | Electrician 2nd Class | | 9-6-48 | | | 7,566.26 | 7,844.15 |
| Gresham Abernathy | W | M | | Carpenter 5th Class | | 6-20-51 | | | 7,075.44 | 6,963.15 |
| Elsir B. Bynum | W | M | | Machinist 3rd Class | | 2-7-55 | | | 7,877.31 | 8,969.13 |
| Lucius J. Holland | W | M | | Carpentor 4th Class | 8-14-58 | 8-14-58 | Gen. Shop Work 1st | | 7,182.12 | 7,683.26 |
| James Donald Devine | W | M | | Machinist 2nd Class | 3-3-59 | 3-3-59 | Machinist 2nd | | 9,630.06 | 10,791.30 |
| Charles E. Handsel | W | M | | Electrician 3rd Class | 5-22-61 | 5-22-61 | Electrician 3rd | | 8,265.54 | 9,309.82 |
| Ervin Saul Brafford | W | M | | Machinist 3rd Class | | 2-21-66 | | | 9,728.03 | 13,701.50 |
| J. E. Wingate | B | M | | Fireman/Watchman | 11-24-60 | 9-1-66 | Laborer 1st | | - | 7,790.18 |
| Roger Lowe | W | M | | Fireman/Watchman | 9-26-66 | 9-28-66 | Saunder 1st(shop) | | - | - |
| Robert Miller | W | M | 8th | Machinist | 3-25-63 | 9-30-69 | Yarn Man 3rd | | 9,124.01 | 11,849.17 |
| Marshall L. Wilkinson | W | M | | Machinist | 8-1-59 | 2-22-71 | Roving Sect. 2nd | | 8,350.10 | 9,362.14 |
| Tony Ray Stilwell | W | M | 12th + college | Shop Trainee | 9-11-72 | 9-11-72 | Shop Trainee 1st | | 1,738.24 | 7,880.07 |
| Bobby K. Abernathy | W | M | | Shop Trainee | | 9-27-72 | | | 7,618.39 | 9,036.38 |
| Larry Dean Haney | W | M | | Humif. & Refrig. 2nd | 10-27-69 | 7-2-73 | Yarn Man 2nd | | 7,652.31 | 8,242.27 |

Page 47

## JUDGMENT

This action having come on for trial before the Court, sitting without a jury, and the issues having been duly tried, and Findings of Fact and Conclusions of Law having been entered on November 10, 1975, it is,

HEREBY ORDERED, ADJUDGED AND DECREED:

1. The defendant J. P. Stevens and Company, Inc. (sometimes referred to hereinafter as "Stevens"), its officers, agents, employees, successors, servants and all persons in active concert or participation with them shall be and are hereby permanently enjoined and restrained from discriminating against the plaintiff, plaintiff-intervenors and their class as herein described, because of race and color in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq. and 42 U.S.C. § 1981, at Stevens' facilities located in Stanley, North Carolina.

2. This is an appropriate class action brought pursuant to Rule 23(a), (b)(2) of the Federal Rules of Civil Procedure. The class consists of all black employees of Stevens at its Stanley, North Carolina facilities who were hired before July 2, 1965, and who continued in employment with Stanley subsequent to July 2, 1965, and all black employees hired subsequent to July 2, 1965, or who may be employed in the future, who have been or may be affected by the defendant's racially discriminatory employment practices. The class also includes the following subclasses of persons who have been or may be affected by defendant's racially discriminatory employment practices: (a) black employees hired before July 2, 1965, who were initially assigned to warehouse or janitorial positions and who continued in employment subsequent to July 2, 1965; (b) black employees hired subsequent to July 2, 1965, who were initially assigned to warehouse or janitorial positions; (c) black employees who were initially assigned to the warehouse and who were permitted to transfer to a production job with loss of seniority; and (d) black employees who were initially assigned to production jobs at any time subsequent to July 2, 1965.

3. The defendant is permanently enjoined from implementing, maintaining or giving effect to any seniority system, policy or practice, including reliance on departmental or plant seniority, which is designed to or has the effect of discriminating against black persons because of their race and color.

4. The defendant shall be and is hereby enjoined to institute for the plaintiff, plaintiff-intervenors, and all black employees at the Stanley facilities who are or were initially assigned to positions in the warehouse or who are or were initially assigned to positions of sweeper or janitor, company-wide or date of employment seniority for the Stanley facilities for all purposes, including bidding on job vacancies, lay-offs, and shift preferences.

5. The defendant shall be and is hereby enjoined to offer opportunities to all black employees, who were initially assigned to positions in the warehouse or as sweepers or janitors, to transfer to any production job in either plant or to any job in the maintenance department upon any vacancy, and shall select any such employees for such vacant positions upon the basis of their total or company-wide seniority. Any employee who elects to transfer to a production or maintenance position pursuant to the provisions of this order shall be permitted to transfer or "carry over" his total or company-wide seniority for future bidding purposes on job vacancies, shift bids or lay-offs. All such employees who are covered by the provisions of this order shall be allowed at least three such opportunities to transfer to a production or maintenance position. If any employee elects to transfer and for any reason, permitted by the terms of this order, is unable to assume or to perform the job to which he or she is transferred, the

employee shall, for a period of 90 days, be permitted to return to the position he or she formerly occupied and shall be permitted to bid at least on two other occasions on vacancies which may occur in production or maintenance jobs, and shall be selected for such positions based on his or her company-wide seniority or date of hire. For purposes of determining an employee's ability to perform a production or maintenance job, the defendant is enjoined to submit to the Court, with copies being served upon counsel for the plaintiff and plaintiff-intervenors, within 30 days from the date of this order, a proposal setting forth objective standards to determine any such employee's ability to perform jobs in production or maintenance.

6. The defendant shall be and is enjoined to "red circle" the salary of any employee who elects to transfer to a job in production or maintenance as provided under the terms of this order, in order to insure that the employee will continue to receive as much as the salary he or she was receiving immediately prior to the transfer. The salary shall continue until the employee promotes to a job paying the same or a higher salary or hourly rate of pay.

7. The defendant shall be and is enjoined to post notices of future job vacancies in production, maintenance, office or clerical and supervisory positions, on bulletin boards in each plant, in maintenance, in the warehouse, and in the office, along with a copy of this decree. Where the Company has received notice that a vacancy will arise, it shall post notice of the vacancy and not permanently fill the job until four working days after posting. In cases where the Company receives no advance notice of a vacancy on a job which needs to be filled immediately to avoid production losses, the Company shall be required to post for two working days prior to permanently filling the job. Vacancies for purposes of this order shall mean any job or work assignment which is expected to exceed two (2) or more weeks duration, including but not limited to work assignment resulting from disability, a scheduled vacation, a leave of absence or a loan or temporary transfer of a regularly assigned job holder.

8. The defendant shall be and is enjoined to modify the seniority or date of hire of all black employees, formerly assigned to the warehouse or janitorial positions, who have elected to transfer to a production job or to a job in maintenance, to show the seniority date for such employees for purposes of promotion, lay-off and shift preferences to be the date of initial hire by Stevens at Stanley.

9. The defendant shall be and is enjoined to offer black employees placement in supervisory positions and in the supervisory trainee programs and, subject to the availability of qualified black employees or applicants, to promote or hire one black employee in a supervisory, shop or maintenance, office and clerical position for every other employee hired for or offered such position, until blacks constitute approximately fifteen (15) percent of the total number of employees in these positions.

10. The defendant shall be and is enjoined to reinstate plaintiff Sherrill as an employee and to assign him to a sectionman position immediately. The defendant may provide a reasonable training period for plaintiff Sherrill, not to exceed two (2) months, before permitting the plaintiff to assume the sectionman's duties. During the training period and thereafter the plaintiff shall be paid the same salary as other sectionmen and shall be allowed to promote to other supervisory positions, based on total or company-wide seniority without consideration of race. In determining the plaintiff's seniority, the defendant shall count the date of his initial employment with the Company and shall include the total time he has been away from Stevens from December 10, 1971, until the date of his reinstatement. The plaintiff

shall also be paid all loss of earnings, less any earnings he had in the interim, and all expenses he may have incurred in attempting to obtain other employment. He shall also be paid expenses he may have incurred in assuming other employment in order to reduce his losses. For purposes of determining loss of earnings, plaintiff Sherrill shall be compensated at the rate of a sectionman in production from June 11, 1971, until he is assigned to a sectionman position, together with interest at the rate of 6 percent per annum with appropriate adjustments for his fringe benefits.

11. The defendant shall be and is hereby enjoined to reinstate plaintiffs Robert Costner, Albert McDowell, Ray McDowell and William Jefferies. These employees shall also be offered positions in production, maintenance and office as provided in paragraphs 3, 4, 5, 6, 7 and 8 and shall be awarded their losses of earnings and expenses less any interim earnings, from the date of their discharge on July 29, 1974, until reinstated. Plaintiffs Costner, Albert and Ray McDowell and Jefferies shall also be awarded back pay as provided in paragraph thirteen (13) of this Order.

12. The defendant shall be and is hereby enjoined to pay back pay to all class members who have been employed at the Stanley facilities at any time subsequent to July 22, 1969 (two (2) years prior to the filing of plaintiff Sherrill's first charge of discrimination with the EEOC), who have received less benefits and compensation because of racially discriminatory employment practices of defendant. The determination of back pay for the plaintiff, plaintiff-intervenors and members of the class will be referred to a Master with special instructions for determining back pay by subsequent orders.

13. The defendant, its officers, agents, employees, successors, servants and all persons in active concert or participation with them shall be and are hereby permanently enjoined and restrained from harassing, intimidating, threatening, or taking reprisals against the plaintiff, plaintiff-intervenors or members of their class because of their efforts to exercise their rights as provided by Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq. and 42 U.S.C. § 1981, and from pursuing any acts or endorsing, authorizing, or sanctioning any practices which violate § 704(a) of the Act, 42 U.S.C. § 2000e–3(a).

14. The defendant shall maintain appropriate records of all actions taken pursuant to this order and shall allow counsel for the plaintiffs to inspect these records after fifteen (15) days notice.

15. The defendant shall make semi-annual reports to the Court, with copies being served upon counsel for the plaintiffs, the first report being due on January 1, 1976, and each six (6) months thereafter for a period of two (2) years. The reports shall contain:

a. A listing of all black employees who have been permitted to transfer to a production or maintenance job, with the date of such transfer, the seniority date of the employee and the rate of pay in the new position.

b. A listing of all supervisory, clerical, office and maintenance vacancies, by title and department, which have occurred since the last report; the name, sex and original hire date of the person or employee selected for each such vacancy; current roster showing name, sex, job title, original hire date and department for supervisory, clerical and maintenance personnel at the Stanley facilities; and the name, sex, job title, department and original hire date of each supervisor, clerical, office and maintenance employee terminated, demoted or transferred from the Stanley plants.

c. A listing of new employees hired since the last report with their

race, sex, original hire date, plant shift and job position to which assigned.

d. The racial composition of the production and warehouse employees by plant and department with their seniority dates.

16. The defendant shall give notice of this order to all of its employees at the Stanley facilities by posting copies of this order on bulletin boards in conspicuous places throughout the facilities for a period of ninety (90) days immediately following the entry of this order.

17. The plaintiffs shall be and are hereby awarded their costs in this action, including their expenses and reasonable counsel fees. Counsel for the parties are directed to meet and confer within thirty (30) days from the date of this order for the purpose of agreeing upon costs, reasonable attorneys fees and expenses. Absent such an agreement, counsel for the plaintiffs is directed to file with the Court a statement of time for which counsel fees are claimed and an itemization of costs and expenses. Defendant is directed to file a statement with the Court, with copies being served upon counsel for the plaintiffs, setting forth the basis by which the defendant has compensated its counsel and the dollar amount it has paid or expects to pay its counsel in fees with a separate statement of expenses. If the parties are unable to agree on costs, counsel fees and expenses the respective statements required herein shall be filed with the Court within forty-five (45) days of the entry of this order.

18. The Court shall retain jurisdiction of this matter to issue such other orders and to conduct such other proceedings as may be necessary to effectuate this order.